# 2017 W-2 and EARNINGS SUMMARY



## W-2 Wage and Tax Statement — 2017

Employee Reference Copy

Copy C for employee's records.

| | | | |
|---|---|---|---|
| d Control number 000387  RQ/HF9 | Dept. | Corp. | Employer use only A  69 |

c Employer's name, address, and ZIP code

ALPINE SITE SERVICES  INC
10875  DOVER  ST
UNIT  1100
WESTMINSTER,  CO  80021

Batch  #97312

e/f Employee's name, address, and ZIP code

JOHN  SZATKO  II
5548  FLANDERS  WAY
DENVER,  CO  80249

| b Employer's FED ID number 84-1464051 | a Employee's SSA number |
|---|---|
| 1 Wages, tips, other comp. 9074.70 | 2 Federal income tax withheld 1394.17 |
| 3 Social security wages 9074.70 | 4 Social security tax withheld 562.63 |
| 5 Medicare wages and tips 9074.70 | 6 Medicare tax withheld 131.58 |
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other  250.00 SUPBON | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| 15 State CO  Employer's state ID no. 00992146 | 16 State wages, tips, etc. 9074.70 |
| 17 State income tax 399.00 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2017 pay stub plus any adjustments submitted by your employer.**

| | | | | |
|---|---|---|---|---|
| Gross Pay | 9074.70 | Social Security Tax Withheld  Box 4 of W-2 | 562.63 | CO. State Income Tax  Box 17 of W-2  399.00 |
| Fed. Income Tax Withheld  Box 2 of W-2 | 1394.17 | Medicare Tax Withheld  Box 6 of W-2 | 131.58 | SUI/SDI  Box 14 of W-2 |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CO. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 9,074.70 | 9,074.70 | 9,074.70 | 9,074.70 |
| Reported W-2 Wages | 9,074.70 | 9,074.70 | 9,074.70 | 9,074.70 |

DEFENDANTS'
EXHIBIT
82
4:19-CV-01152

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

JOHN  SZATKO  II
5548  FLANDERS  WAY
DENVER,  CO  80249

Social Security Number:  **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**
Taxable Marital Status:  **SINGLE**

Exemptions/Allowances:

FEDERAL:  0
STATE:  0

© 2017  ADP,  LLC

---

### Federal Filing Copy — W-2 Wage and Tax Statement 2017

Copy B to be filed with employee's Federal Income Tax Return.

| 1 Wages, tips, other comp. 9074.70 | 2 Federal income tax withheld 1394.17 |
|---|---|
| 3 Social security wages 9074.70 | 4 Social security tax withheld 562.63 |
| 5 Medicare wages and tips 9074.70 | 6 Medicare tax withheld 131.58 |
| d Control number 000387  RQ/HF9   Dept. | Corp.  Employer use only A  69 |

c Employer's name, address, and ZIP code

ALPINE SITE SERVICES  INC
10875  DOVER  ST
UNIT  1100
WESTMINSTER,  CO  80021

| b Employer's FED ID number 84-1464051 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other  250.00 SUPBON | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

JOHN  SZATKO  II
5548  FLANDERS  WAY
DENVER,  CO  80249

| 15 State CO  Employer's state ID no. 00992146 | 16 State wages, tips, etc. 9074.70 |
|---|---|
| 17 State income tax 399.00 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

### CO. State Reference Copy — W-2 Wage and Tax Statement 2017

Copy 2 to be filed with employee's State Income Tax Return.

| 1 Wages, tips, other comp. 9074.70 | 2 Federal income tax withheld 1394.17 |
|---|---|
| 3 Social security wages 9074.70 | 4 Social security tax withheld 562.63 |
| 5 Medicare wages and tips 9074.70 | 6 Medicare tax withheld 131.58 |
| d Control number 000387  RQ/HF9   Dept. | Corp.  Employer use only A  69 |

c Employer's name, address, and ZIP code

ALPINE SITE SERVICES  INC
10875  DOVER  ST
UNIT  1100
WESTMINSTER,  CO  80021

| b Employer's FED ID number 84-1464051 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other  250.00 SUPBON | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

JOHN  SZATKO  II
5548  FLANDERS  WAY
DENVER,  CO  80249

| 15 State CO  Employer's state ID no. 00992146 | 16 State wages, tips, etc. 9074.70 |
|---|---|
| 17 State income tax 399.00 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

---

### CO. State Filing Copy — W-2 Wage and Tax Statement 2017

Copy 2 to be filed with employee's State Income Tax Return.

| 1 Wages, tips, other comp. 9074.70 | 2 Federal income tax withheld 1394.17 |
|---|---|
| 3 Social security wages 9074.70 | 4 Social security tax withheld 562.63 |
| 5 Medicare wages and tips 9074.70 | 6 Medicare tax withheld 131.58 |
| d Control number 000387  RQ/HF9   Dept. | Corp.  Employer use only A  69 |

c Employer's name, address, and ZIP code

ALPINE SITE SERVICES  INC
10875  DOVER  ST
UNIT  1100
WESTMINSTER,  CO  80021

| b Employer's FED ID number 84-1464051 | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other  250.00 SUPBON | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code

JOHN  SZATKO  II
5548  FLANDERS  WAY
DENVER,  CO  80249

| 15 State CO  Employer's state ID no. 00992146 | 16 State wages, tips, etc. 9074.70 |
|---|---|
| 17 State income tax 399.00 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |



**Szatko II, John**   47

Hire Date   10/23/2017
Raise
Last Increase
Term Date

| | | Starting Balance | Used | Available |
|---|---|---|---|---|
| Vacation | | | | |
| Sick | | | | |
| Holidays | | | | |

Job Classification: Welder

| | | Regular Wage | $17.00 | | $17.00 $17.00 | | $17.00 | $17.00 | $17.00 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OT Wage | $17.00 | | $17.00 $17.00 | | $17.00 | $17.00 | $17.00 | | | | | | | | |

| Week Ending: 26-Oct-17 | State Worked Colorado-Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Vacation Hours | Sick Hours | Vacation | Late | No Work Time Off | Absent | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/22 Sunday | | | | | | | | | | | | | | |
| 10/23 Monday | 7.13 | | | | | | | | | | | | 08:44 AM-03:52 PM | Office |
| 10/24 Tuesday | 7.52 | | | | | | | | | | | | 07:55 AM-11:54 AM & 12:26 PM | Office |
| 10/25 Wednesday | 7.52 | | | | | | | | | | | | 07:56 AM-11:58 AM & 12:29 PM | Office |
| 10/26 Thursday | 4.55 | | | | | | | | | | | | 07:55 AM-12:28 PM | Office |
| 10/27 Friday | 11.93 | | | | | | | | | | | | 06:25 AM-06:21 PM | Office |
| 10/28 Saturday | | | | | | | | | | | | | | |
| **Total # Hours** | 38.65 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Regular Hours** | 38.65 | | | | | | | | | | | | | |
| **Over Time Hours** | | | | | | | | | | | | | **Total Hrs:** | 38.65 |

| | Sub-Total Regular $ | 1,314.12 | - | - | - | - | - | - | - | | | | 1,314.12 Sub-Total Regular $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | - Sub-Total Fringe $ |
| | Sub-Total Over Time $ | - | - | - | - | - | - | - | - | | | | - Sub-Total Over Time $ |
| **Total Gross** | | 1,314.12 | - | - | - | - | - | - | - | | | | 1,314.12 |

Per Diem Days

| Total "Other" Dollars | 1,314.12 Per Diem Dollars | | 0.00 Total Gross Dollars | | 1314.12 | | | TRUE |
|---|---|---|---|---|---|---|---|---|

| **Total Hours For Week:** | 38.65 | Regular Hours | 38.65 | OT Hours | 0.00 |
|---|---|---|---|---|---|

Alpine-Kelley-Opt-In Production 0001993



**Weekly Work Reports**
**Work Week 10/22/17 to 10/28/17**
**Paydate 11/3/17**

e:     Szatko II, John
artment:   Holly

| | Sun | Mon | Tue | Wed. | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 22 | 23 | 24 | 25 | 26 | 27 | 28 | | | |
| ches | | 08:44 AM 03:52 PM | 07:55 AM 11:54 AM 12:26 PM 03:58 PM | 07:56 AM 11:58 AM 12:29 PM 03:58 PM | 07:55 AM 12:28 PM | 08:25 AM 06:21 PM | | | | |
| al Hours | | 07:08 | 07:31 | 07:31 | 04:33 | 11:56 | | 38:39 | 38:39 | |
| artments | | | | | | | | | | |
| :e | | 07:08 | 07:31 | 07:31 | 04:33 | 11:56 | | 38:39 | 38:39 | |

nployee Signature _____

te 11/ 62 / 17

Confidential and Produced Pursuant
to Protective Order

Alpine-Kelley-Opt-In Production
0001994

# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

*Mentone* _____     _____

_____     _____

## This week, I performed the following duties (check all that apply):

☑ Load piles onto trailers in Denver or Edna for transport to jobsites

☑ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_John D. Smith_ _____     _11/02/17_ _____
**Name**                          **Date**

Confidential and Produced Pursuant
to Protective Order

Alpine-Kelley-Opt-In Production
0001995

**Szatko II, John**     **47**

| | | |
|---|---|---|
| Hire Date | 10/23/2017 | |
| Raise | | |
| Last Increase | | |
| Term Date | | |

| | Starting Balance | Used | Available |
|---|---|---|---|
| Vacation | | | |
| Sick | | | |
| Holidays | | | |

Job Classification: Welder

| | | Regular Wage | $17.00 | | $17.00 | $17.00 | | $17.00 | $17.00 | $17.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | OT Wage | $17.00 | | $17.00 | $17.00 | | $17.00 | $17.00 | $17.00 |

**State Worked**

| Week Ending: | 4-Nov-17 | Colorado Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Vacation Hours | Sick Hours | Vacation | Late | No Work Time Off | Absent | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/29 Sunday | | | | | | | | | | | | | | | |
| 10/30 Monday | | 9.72 | | | | | | | | | | | | 07:17 AM-05:00 PM | Holly |
| 10/31 Tuesday | | 10.08 | | | | | | | | | | | | 06:56 AM-05:01 PM | Holly |
| 11/1 Wednesday | | 10.08 | | | | | | | | | | | | 06:55 AM-05:00 PM | Holly |
| 11/2 Thursday | | 10.08 | | | | | | | | | | | | 06:55 AM-05:00 PM | Holly |
| 11/3 Friday | | 9.97 | | | | | | | | | | | | 07:02 AM-05:00 PM | Holly |
| 11/4 Saturday | | | | | | | | | | | | | | | |
| **Total # Hours** | | 49.93 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Regular Hours** | | 40.00 | | | | | | | | | | | | | |
| **Over Time Hours** | | 9.93 | | | | | | | | | | | | **Total Hrs:** | 49.93 |

| | Sub-Total Regular $ | 680.00 | - | - | - | - | - | - | - | | | | | | 680.00 | Sub-Total Regular $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | | - | Sub-Total Fringe $ |
| | Sub-Total Over Time $ | 168.81 | - | - | - | - | - | - | - | | | | | | 168.81 | Sub-Total Over Time $ |
| **Total Gross** | | 846.81 | - | - | - | - | - | - | - | | | | | | 846.81 | |

| | | | | | | | Per Diem Days | |
|---|---|---|---|---|---|---|---|---|
| | Total "Other" Dollars | 848.81 | Per Diem Dollars | 0.00 | Total Gross Dollars | | 848.81 | | | TRUE |

| **Total Hours For Week:** | 49.93 | Regular Hours | 40.00 | OT Hours | 9.93 |
|---|---|---|---|---|---|



**Weekly Work Reports**
**Work Week 10/29/17 To 11/4/17**
**Pay Date 11/10/17**

| **Name:** | Szatko II, John | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Department:** | Godley | | | | | | | | | | |
| | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
| | | 29 | 30 | 31 | 1 | 2 | 3 | 4 | | | |
| Punches | | | 07:17 AM 05:00 PM | 06:56 AM 05:01 PM | 06:55 AM 05:00 PM | 06:55 AM 05:00 PM | 07:02 AM 05:00 PM | | | | |
| Total Hours | | | 09:43 | 10:05 | 10:05 | 10:05 | 09:58 | | 49:56 | 49:56 | |
| Departments | | | | | | | | | | | |
| Holly | | | 09:43 | 10:05 | 10:05 | 10:05 | 09:58 | | 49:56 | 49:56 | |

Employee Signature _____

Date ___11/10/17_____

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0001997



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

<u>Godley</u>   _____

_____   _____

## This week, I performed the following duties (check all that apply):

☒ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____   <u>11/10/17</u>
Name                                              Date

Confidential and Produced Pursuant to
Protective Order



**Szatko II, John**    47

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Hire Date | 10/23/2017 | | | | |
| Raise | | | | | |
| Last Increase | | | | | |
| Term Date | | | | | |
|  | Starting Balance | Used | Available | | |
| Vacation | | | | | |
| Sick | | | | | |
| Holidays | | | | | |

Job Classification: Welder

| | Regular Wage | $17.00 | $17.00 | $17.00 | | $17.00 | $17.00 | $17.00 |
|---|---|---|---|---|---|---|---|---|
| | OT Wage | $17.00 | $17.00 | $17.00 | | $17.00 | $17.00 | $17.00 |

| Week Ending: | State Worked Colorado | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-Nov-17 | Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Vacation Hours | Sick Hours | Vacation | Late | No Work Time Off | Absent | Hours Worked | Worked Department |
| Sunday | - | | | | | | | | | | | | | |
| Monday | 15.00 | | | | | | | | | | | | 07:00 AM-10:30 PM | Godley Travel |
| Tuesday | 11.75 | | | | | | | | | | | | 05:30 AM-05:45 PM | Godley |
| Wednesday | 13.50 | | | | | | | | | | | | 05:15 AM-07:15 PM | Godley Travel |
| Thursday | 10.18 | | | | | | | | | | | | 07:00 AM-05:41 PM | 50 Buttes Travel |
| Friday | 8.97 | | | | | | | | | | | | 06:59 AM-04:27 PM | Mentone |
| Saturday | 8.50 | | | | | | | | | | | | 04:30 AM-01:30 PM | Mentone travel |
| Total # Hours | 67.90 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Regular Hours | 40.00 | | | | | | | | | | | | | |
| Over Time Hours | 27.90 | | | | | | | | | | | | Total Hrs: | 67.90 |

| | Sub-Total Regular $ | 680.00 | - | - | - | - | - | - | - | | | | 680.00 | Sub-Total Regular $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | - | Sub-Total Fringe $ |
| | Sub-Total Over Time $ | 474.30 | - | - | - | - | - | - | - | | | | 474.30 | Sub-Total Over Time $ |
| Total Gross | | 1,154.30 | - | - | - | - | - | - | - | - | - | - | 1,154.30 | |

| | Total "Other" Dollars | 1154.30 Per Diem Dollars | 180.00 Total Gross Dollars | 1334.30 | Per Diem Days | 5 | | TRUE |
|---|---|---|---|---|---|---|---|---|

| **Total Hours For Week:** | 67.90 | Regular Hours | 40.00 | OT Hours | 27.90 |
|---|---|---|---|---|---|



**TimeForce II**
powered by iSolved

## Weekly Work Report
## Work Week 11/5/17 to 11/11/17
## Pay Date 11/17/17

**Name:** Szatko II, John

**Department:** Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | | | |
| Punches | | 07:00 AM 10:30 PM | 05:30 AM 05:45 PM | 05:15 AM 07:15 PM | 07:00 AM 05:41 PM | 06:59 AM 04:27 PM | 04:30 AM 01:30 PM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total Hours | | 15:00 | 11:45 | 13:30 | 10:11 | 08:58 | 08:30 | 67:54 | 67:54 | |
| Departments | | | | | | | | | | |
| 50 Buttes Travel | | | | | 10:11 | | | 10:11 | 10:11 | |
| Godley | | | 11:45 | | | | | 11:45 | 11:45 | |
| Godley Travel | | 15:00 | | 13:30 | | | | 28:30 | 28:30 | |
| Mentone | | | | | | 08:58 | | 08:58 | 08:58 | |
| Mentone travel | | | | | | | 08:30 | 08:30 | 08:30 | |

Employee Signature _John D. Szatko II_

Date _11/18/2017_

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002000



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

_To butte_          _Sadley_

_____   _____

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☑ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☑ Load and secure test equipment in Denver or Edna for transport to jobsites

☑ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☑ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_John V. Sythill_          _11/18/2017_
Name                         Date

Confidential and Produced Pursuant to
Protective Order

Alpine-Kelley-Opt-In Production
0002001

**Szatko II, John**          **47**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Hire Date | 10/23/2017 | | | | | |
| | Raise | | | | | | |
| | Last Increase | | | | | | |
| | Term Date | | | | | | |
| | | Starting Balance | Used | Available | | | |
| | Vacation | | | | | | |
| | Sick | | | | | | |
| | Holidays | | | | | | |

Job Classification: Welder

| | Regular Wage | $17.00 | | $17.00 | $17.00 | | $17.00 | $17.00 | $17.00 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | OT Wage | $17.00 | | $17.00 | $17.00 | | $17.00 | $17.00 | $17.00 | |
| | | **State Worked** | | | | | | | | |
| **Week Ending:** | | **Colorado** | | | | | | | | |

| | 11-Nov-17 | Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Vacation Hours | Sick Hours | Vacation | Late | No Work Time Off | Absent | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/5 Sunday | | | | | | | | | | | | | | | |
| 11/6 Monday | | 15.00 | | | | | | | | | | | | 07:00 AM-10:30 PM | Godley Travel |
| 11/7 Tuesday | | 11.75 | | | | | | | | | | | | 05:30 AM-05:45 PM | Godley |
| 11/8 Wednesday | | 13.50 | | | | | | | | | | | | 05:15 AM-07:15 PM | Godley Travel |
| 11/9 Thursday | | 10.18 | | | | | | | | | | | | 07:00 AM-05:41 PM | 50 Buttes Travel |
| 11/10 Friday | | 8.97 | | | | | | | | | | | | 08:59 AM-04:37 PM | Mentone |
| 11/11 Saturday | | 8.50 | | | | | | | | | | | | 06:30 AM-01:30 PM | Mentone travel |
| **Total # Hours** | | 67.90 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Regular Hours** | | 40.00 | | | | | | | | | | | | | |
| **Over Time Hours** | | 27.90 | | | | | | | | | | | | **Total Hrs:** | 67.90 |

| | Sub-Total Regular $ | 680.00 | - | - | - | - | - | - | - | | | | | 680.00 | Sub-Total Regular $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | - | Sub-Total Fringe $ |
| | Sub-Total Over Time $ | 474.30 | - | - | - | - | - | - | - | | | | | 474.30 | Sub-Total Over Time $ |
| **Total Gross** | | 1,154.30 | - | - | - | - | - | - | - | | | | - | - | 1,154.30 | |

| | | | | | Per Diem Days | B | | |
|---|---|---|---|---|---|---|---|---|
| | Total "Other" Dollars | 1154.30 Per Diem Dollars | | 180.00 Total Gross Dollars | 1334.30 | | | TRUE |

| **Total Hours For Week:** | 67.90 | Regular Hours | 40.00 | OT Hours | 27.90 | |
|---|---|---|---|---|---|---|

**Szatko II, John**     **47**

| | | | | |
|---|---|---|---|---|
| Hire Date | | 10/23/2017 | | |
| Raise | | | | |
| Last Increase | | | | |
| Term Date | | | | |
| | | Starting Balance | Used | Available |
| Vacation | | | | |
| Sick | | | | |
| Holidays | | | | |

Job Classification: Welder

| | | | Regular Wage | $17.00 | | $17.00 $17.00 | | | $17.00 | $17.00 | $17.00 | | | | | | | | |
| OT Wage | $17.00 | $17.00 $17.00 | $17.00 | $17.00 | $17.00 |

| | | **State Worked** | | | | | | | | | | | | | | | |
| **Week Ending:** | | **Colorado-** | | | | | | | | | | | | | | | |
| | 18-Nov-17 | Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Vacation Hours | Sick Hours | Vacation | Late | No Work Time Off | Absent | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/12 Sunday | | | | | | | | | | | | | | | |
| 11/13 Monday | | 13.40 | | | | | | | | | | | | - & 05:45 AM-05:39 PM | Mentone travel |
| 11/14 Tuesday | | 12.28 | | | | | | | | | | | | & 05:41 AM-04:28 PM | Mentone travel |
| 11/15 Wednesday | | 11.93 | | | | | | | | | | | | & 05:34 AM 04:00 PM | Mentone travel |
| 11/16 Thursday | | 12.73 | | | | | | | | | | | | & 05:35 AM 04:19 PM | Mentone travel |
| 11/17 Friday | | 12.12 | | | | | | | | | | | | & 05:33 AM 04:10 PM | Mentone travel |
| 11/18 Saturday | | 5.73 | | | | | | | | | | | | | Mentone travel |
| **Total # Hours** | | 67.68 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 0.00 | | 0.00 | 0.00 | |
| **Regular Hours** | | 40.00 | | | | | | | | | | | | | |
| **Over Time Hours** | | 27.68 | | | | | | | | | | | | **Total Hrs:** | 67.68 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sub-Total Regular $ | 680.00 | - | - | - | - | - | - | - | 680.00 | Sub-Total Regular $ |
| | Sub-Total Fringe $ | - | - | - | - | - | - | - | - | - | Sub-Total Fringe $ |
| | Sub-Total Over Time $ | 470.56 | - | - | - | - | - | - | - | 470.56 | Sub-Total Over Time $ |
| **Total Gross** | | 1,150.56 | - | - | - | - | - | - | - | 1,150.56 | |

| | | | | | |
|---|---|---|---|---|---|
| | Total "Other" Dollars | 1150.56 Per Diem Dollars | 210.00 Total Gross Dollars | 1360.56 | Per Diem Days   7 |

TRUE

| **Total Hours For Week:** | 67.68 | Regular Hours | 40.00 | OT Hours | 27.68 |



**Szatko II, John**    **47**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hire Date | | 10/23/2017 | | | | | | | |
| Raise | | | | | | | | | |
| Last Increase | | | | | | | | | |
| Term Date | | | | | | | | | |
| | | Starting Balance | Used | Available | | | | | |
| Vacation | | | | | | | | | |
| Sick | | | | | | | | | |
| Holidays | | | | | | | | | |

Job Classification: Welder

| | Regular Wage | $17.00 | | $17.00 | $17.00 | | | $17.00 | $17.00 | $17.00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OT Wage | $17.00 | | $17.00 | $17.00 | | | $17.00 | $17.00 | $17.00 | |

| Week Ending: | | State Worked Colorado- | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 25-Nov-17 | Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Vacation Hours | Sick Hours | Vacation | Late | No Work Time Off | Absent | Hours Worked | | Worked Department |
| 11/19 Sunday | | - | | | | | | | | | | | | | | |
| 11/20 Monday | | 11.80 | | | | | | | | | | | | - 6:06:01 AM-04:19 PM | | Mentone travel |
| 11/21 Tuesday | | 14.18 | | | | | | | | | | | | 6:05:24 AM-07:05 PM | | Mentone travel |
| 11/22 Wednesday | | 3.93 | | | | | | | | | | | | 05:00 AM-08:56 AM | | Mentone travel |
| 11/23 Thursday | | - | | | | | | | | | | | 1.00 | | | NWTO |
| 11/24 Friday | | - | | | | | | | | | | | 1.00 | | | NWTO |
| 11/25 Saturday | | - | | | | | | | | | | | | | | |
| **Total # Hours** | | **29.92** | **0.00** | **0.00** | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **2.00** | **0.00** | | |
| **Regular Hours** | | **29.92** | | | | | | | | | | | | | | |
| **Over Time Hours** | | | | | | | | | | | | | | | **Total Hrs:** | **29.92** |

| | Sub-Total Regular $ | 508.64 | - | - | - | - | - | - | - | | | | | | | 508.64 Sub-Total Regular $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | | - | Sub-Total Fringe $ |
| | Sub-Total Over Time $ | - | - | - | - | - | - | - | - | | | | | | - | Sub-Total Over Time $ |
| **Total Gross** | | 508.64 | - | - | - | - | - | - | - | | | | 2 | - | 508.64 | |

| | Total "Other" Dollars | 508.64 | Per Diem Dollars | | 120.00 | Total Gross Dollars | | 628.64 | Per Diem Days | 4 | | | | TRUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **Total Hours For Week:** | 29.92 | Regular Hours | 29.92 | OT Hours | 0.00 |
|---|---|---|---|---|---|

Confidential and Produced Pursuant to Protective Order

**Szatko II, John**          **47**

| | | |
|---|---|---|
| Hire Date | 10/23/2017 | |
| Raise | | |
| Last Increase | | |
| Term Date | | |

| | Starting Balance | Used | Available |
|---|---|---|---|
| Vacation | | | |
| Sick | | | |
| Holidays | | | |

Job Classification: Welder

| | | Regular Wage | $17.00 | | $17.00 $17.00 | | $17.00 | $17.00 | $17.00 | | | | | | | | |
| | | OT Wage | $17.00 | | $17.00 $17.00 | | $17.00 | $17.00 | $17.00 | | | | | | | | |

| Week Ending:  2-Dec-17 | | State Worked  Colorado-  Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Vacation Hours | Sick Hours | Vacation | Late | No Work Time Off | Absent | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/26 Sunday | | 6.15 | | | | | | | | | | | | 06:31 AM-01:00 PM | Mentone travel |
| 11/27 Monday | | 11.75 | | | | | | | | | | | | - & 05:56 AM 04:09 PM | Mentone travel |
| 11/28 Tuesday | | 12.22 | | | | | | | | | | | | - & 05:35 AM 04:18 PM | Mentone travel |
| 11/29 Wednesday | | 12.13 | | | | | | | | | | | | & 05:37 AM 04:15 PM | Mentone travel |
| 11/30 Thursday | | - | | | | | | | | 1.00 | | | | | Vacation |
| 12/1 Friday | | - | | | | | | | | 1.00 | | | | | Vacation |
| 12/2 Saturday | | - | | | | | | | | | | | | | |
| **Total # Hours** | | 42.25 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | |
| **Regular Hours** | | 40.00 | | | | | | | | | | | | | |
| **Over Time Hours** | | 2.25 | | | | | | | | | | | | **Total Hrs:** 42.25 | |
| | Sub-Total Regular $ | 680.00 | - | - | - | - | - | - | - | | | | | | 680.00 Sub-Total Regular $ |
| | Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | | - Sub-Total Fringe $ |
| | Sub-Total Over Time $ | 38.25 | - | - | - | - | - | - | - | | | | | | 38.25 Sub-Total Over Time $ |
| **Total Gross** | | 718.25 | - | - | - | - | - | - | - | 2 | - | - | - | 718.25 | |

| | | | | | | | Per Diem Days | 4 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total "Other" Dollars | 718.25 Per Diem Dollars | | 120.00 Total Gross Dollars | | 838.25 | | | | TRUE |

| **Total Hours For Week:** | 42.25 | Regular Hours | 40.00 | OT Hours | 2.25 |
|---|---|---|---|---|---|



**Weekly Work Report**
**Work Week 11/26/17 To 12/2/17**
**Pay Date 12/8/17**

**Name:**     Szatko II, John
**Department:**  Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 27 | 28 | 29 | 30 | 1 | 2 | | | |
| Punches | 06:21 AM 01:00 PM | 05:54 AM 04:09 PM | 05:35 AM 04:18 PM | 05:37 AM 04:15 PM | | | | | | |
| Lunch Deductions | 00:30 | 00:30 | 00:30 | 00:30 | | | | 02:00 | | |
| Total Hours | 06:09 | 11:45 | 12:13 | 12:08 | | | | 42:15 | 42:15 | |
| Departments | | | | | | | | | | |
| Mentone | | 09:45 | 10:13 | 10:08 | | | | 30:06 | 30:06 | |
| Mentone travel | 06:09 | 02:00 | 02:00 | 02:00 | | | | 12:09 | 12:09 | |

Employee Signature _John V. Szatko II_

Date _12/06/2017_

Page 32 of 42

Confidential and Produced Pursuant to
Protective Order

Alpine-Kelley-Opt-In Production
0002006



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

*Mentone* _____   _____

_____   _____

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☑ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☑ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

*John Y. Smith II*   _12/06/2017_
Name                                     Date

Confidential and Produced Pursuant to
Protective Order

Alpine-Kelley-Opt-In Production
0002007

**Szatko II, John**    **47**

| | | | | | |
|---|---|---|---|---|---|
| Hire Date | 10/23/2017 | | | | |
| Raise | | | | | |
| Last Increase | | | | | |
| Term Date | | | | | |
| | Starting Balance | Used | Available | | |
| Vacation | | | | | |
| Sick | | | | | |
| Holidays | | | | | |

Job Classification: Welder

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Regular Wage | $17.00 | | $17.00 | $17.00 | | $17.00 | $17.00 | $17.00 |
| OT Wage | $17.00 | | $17.00 | $17.00 | | $17.00 | $17.00 | $17.00 |
| | **State Worked** | | | | | | | |

| Week Ending: | 9-Dec-17 | Colorado Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Vacation Hours | Sick Hours | Vacation | Late | No Work Time Off | Absent | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/3 Sunday | | | | | | | | | | | | | | | |
| 12/4 Monday | | 12.27 | | | | | | | | | | | | - 8 05:30 AM 04:16 PM | Mentone travel |
| 12/5 Tuesday | | 12.28 | | | | | | | | | | | | 8 05:34 AM 04:21 PM | Mentone travel |
| 12/6 Wednesday | | 8.32 | | | | | | | | | | | | 8 09:05 AM 03:54 PM | Mentone travel |
| 12/7 Thursday | | 11.82 | | | | | | | | | | | | 8 05:11 AM 04:00 PM | Mentone travel |
| 12/8 Friday | | 11.75 | | | | | | | | | | | | 8 05:58 AM 04:13 PM | Mentone travel |
| 12/9 Saturday | | 10.82 | | | | | | | | | | | | | Mentone travel |
| **Total # Hours** | | **67.25** | **0.00** | **0.00** | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | |
| **Regular Hours** | | **40.00** | | | | | | | | | | | | | |
| **Over Time Hours** | | **27.25** | | | | | | | | | | | | **Total Hrs:** | **67.25** |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub-Total Regular $ | 680.00 | - | - | | - | - | - | - | - | | | | | 680.00 | Sub-Total Regular $ |
| Sub-Total Fringe $ | - | - | - | | - | - | - | - | - | | | | | - | Sub-Total Fringe $ |
| Sub-Total Over Time $ | 463.25 | - | - | | - | - | - | - | - | | | | | 463.25 | Sub-Total Over Time $ |
| **Total Gross** | 1,143.25 | - | - | | - | - | - | - | - | | - | - | | 1,143.25 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total "Other" Dollars** | 1143.25 Per Diem Dollars | 210.00 Total Gross Dollars | 1353.25 | Per Diem Days | 7 | | TRUE |

| **Total Hours For Week:** | 67.25 | Regular Hours | 40.00 | OT Hours | 27.25 |
|---|---|---|---|---|---|



**Weekly Work Report**
**Work Week 12/3/17 To 12/9/17**
**Pay Date 12/15/17**

**Name:** Szatko II, John

**Department:** Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | |
| Punches | | 05:30 AM 04:16 PM | 05:34 AM 04:21 PM | 09:05 AM 03:54 PM | 05:41 AM 04:00 PM | 05:58 AM 04:13 PM | 05:29 AM 02:48 PM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total Hours | | 12:16 | 12:17 | 08:19 | 11:49 | 11:45 | 10:49 | 67:15 | 67:15 | |
| Departments | | | | | | | | | | |
| Mentone | | 10:16 | 10:17 | 06:19 | 09:49 | 09:45 | 08:49 | 55:15 | 55:15 | |
| Mentone travel | | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 12:00 | 12:00 | |

Employee Signature _John Szatko_

Date _12/19/2017_

Page 33 of 43



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

Mentone

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☑ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____
Name

12/19/2017
Date

Confidential and Produced Pursuant to
Protective Order

Alpine-Kelley-Opt-In Production
0002010

**Szatko II, John**          **47**

|  | Hire Date | 10/23/2017 |
|---|---|---|
|  | Raise |  |
|  | Last Increase |  |
|  | Term Date |  |

|  | Starting Balance | Used | Available |
|---|---|---|---|
| Vacation |  |  |  |
| Sick |  |  |  |
| Holidays |  |  |  |

Job Classification: Welder

|  | Regular Wage | $17.00 |  | $17.00 | $17.00 |  | $17.00 | $17.00 | $17.00 |
|---|---|---|---|---|---|---|---|---|---|
|  | OT Wage | $17.00 |  | $17.00 | $17.00 |  | $17.00 | $17.00 | $17.00 |
|  |  | State Worked |  |  |  |  |  |  |  |
| **Week Ending:** |  | Colorado |  |  |  |  |  |  |  |

| 16-Dec-17 | Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Vacation Hours | Sick Hours | Vacation | Late | No Work Time Off | Absent | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/10 Sunday |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 12/11 Monday | 12.03 |  |  |  |  |  |  |  |  |  |  |  | & 05:35 AM 04:07 PM | Mentone travel |
| 12/12 Tuesday | 12.10 |  |  |  |  |  |  |  |  |  |  |  | & 05:43 AM 04:19 PM | Mentone travel |
| 12/13 Wednesday | 12.25 |  |  |  |  |  |  |  |  |  |  |  | & 05:42 AM 04:27 PM | Mentone travel |
| 12/14 Thursday | 12.60 |  |  |  |  |  |  |  |  |  |  |  | & 05:24 AM 04:30 PM | Mentone travel |
| 12/15 Friday | 12.02 |  |  |  |  |  |  |  |  |  |  |  | & 05:39 AM 04:10 PM | Mentone travel |
| 12/16 Saturday | 10.12 |  |  |  |  |  |  |  |  |  |  |  |  | Mentone travel |
| **Total # Hours** | 71.12 | 0.00 | 0.00 |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Regular Hours** | 40.00 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Over Time Hours** | 31.12 |  |  |  |  |  |  |  |  |  |  |  | **Total Hrs:** | 71.12 |

| Sub-Total Regular $ | 680.00 | - | - |  | - | - | - | - | - |  |  |  | 680.00 | Sub-Total Regular $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sub-Total Fringe $ | - | - | - |  | - | - | - | - | - |  |  |  | - | Sub-Total Fringe $ |
| Sub-Total Over Time $ | 529.04 | - | - |  | - | - | - | - | - |  |  |  | 529.04 | Sub-Total Over Time $ |
| **Total Gross** | 1,209.04 | - | - |  | - | - | - | - | - |  |  |  | 1,209.04 |  |

|  |  |  |  |  |  | Per Diem Days | 7 |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Total "Other" Dollars | 1,209.04 Per Diem Dollars | 210.00 Total Gross Dollars |  | 1419.04 |  |  |  |  | TRUE |

| **Total Hours For Week:** | 71.12 | Regular Hours | 40.00 | OT Hours | 31.12 |
|---|---|---|---|---|---|

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002011



**Weekly Work Reports**
**Work Week 12/10/17 to 12/16/17**
**Pay Date 12/22/17**

Name: Szatko II, John

Department: ~~Arrowhead~~ Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | | | |
| Punches | | 05:35 AM 04:07 PM | 05:43 AM 04:19 PM | 05:42 AM 04:27 PM | 05:24 AM 04:30 PM | 05:39 AM 04:10 PM | 05:50 AM 02:27 PM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total Hours | | 12:02 | 12:06 | 12:15 | 12:36 | 12:01 | 10:07 | 71:07 | 71:07 | |
| Departments | | | | | | | | | | |
| Mentone | | 10:02 | 10:06 | 10:15 | 10:36 | 10:01 | 08:07 | 59:07 | 59:07 | |
| Mentone travel | | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 12:00 | 12:00 | |

Employee Signature _John D. [signature]_

Date _01/04/2018_

Page 7 of 43

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002012



# Employee Work Report
This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

_Meadue_

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☑ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_John D. Smith_
Name

01/06/2018
Date

Confidential and Produced Pursuant to
Protective Order



| Szatko II, John | | | **47** | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Hire Date: 10/23/2017
Raise:
Last Increase:
Term Date:

| | Starting Balance | Used | Available |
|---|---|---|---|
| Vacation | | | |
| Sick | | | |
| Holidays | | | |

Job Classification: Welder

| | | Regular Wage | $17.00 | $17.00 | $17.00 | | $17.00 | $17.00 | $17.00 | | | | | | | | |
| | | OT Wage | $17.00 | $17.00 | $17.00 | | $17.00 | $17.00 | $17.00 | | | | | | | | |
| | | | **State Worked** | | | | | | | | | | | | | | | |
| **Week Ending:** | | | **Colorado** | | | | | | | | | | | | | | |
| | 23-Dec-17 | | Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Vacation Hours | Sick Hours | Vacation | Late | No Work Time Off | Absent | Hours Worked | | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/17 Sunday | | | | | | | | | | | | | | | | | |
| 12/18 Monday | | | 12.23 | | | | | | | | | | | | 8 05:34 AM 04:18 PM | | Mentone travel |
| 12/19 Tuesday | | | 11.30 | | | | | | | | | | | | 8 05:43 AM 04:01 PM | | Mentone travel |
| 12/20 Wednesday | | | 11.67 | | | | | | | | | | | | 8 05:52 AM 04:02 PM | | Mentone travel |
| 12/21 Thursday | | | 10.05 | | | | | | | | | | | | 8 06:07 AM 02:35 PM | | Mentone travel |
| 12/22 Friday | | | - | | | | | | | | | | | 2.00 | | | Absent |
| 12/23 Saturday | | | - | | | | | | | | | | | | | | |
| **Total # Hours** | | | 45.75 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | | |
| **Regular Hours** | | | 40.00 | | | | | | | | | | | | | | |
| **Over Time Hours** | | | 5.75 | | | | | | | | | | | | | **Total Hrs:** | 45.75 |
| | | | | | | | | | | | | | | | | | |
| | | Sub-Total Regular $ | 680.00 | - | - | - | - | - | - | - | | | | | | | 680.00 Sub-Total Regular $ |
| | | Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | | - | Sub-Total Fringe $ |
| | | Sub-Total Over Time $ | 97.75 | - | - | - | - | - | - | - | | | | | | | 97.75 Sub-Total Over Time $ |
| **Total Gross** | | | 777.75 | - | - | - | - | - | - | - | | | | - | -2 | | 777.75 |

Per Diem Days    B

| | Total "Other" Dollars | 777.75 Per Diem Dollars | 180.00 Total Gross Dollars | | 957.75 | | | | | | | | | | | | TRUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **Total Hours For Week:** | 45.75 | Regular Hours | 40.00 | OT Hours | 5.75 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Confidential and Produced Pursuant to Protective Order



**Weekly Time Reports**
**Work Week 12/17/17 To 12/23/17**
**Pay Date 12/29/17**

**Name:** Szatko II, John

**Department:** Arrowhead

|  | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 17 | 18 | 19 | 20 | 21 | 22 | 23 |  |  |  |
| Punches |  | 05:34 AM 04:18 PM | 05:43 AM 04:01 PM | 05:52 AM 04:02 PM | 06:02 AM 02:35 PM |  |  |  |  |  |
| Lunch Deductions |  | 00:30 | 00:30 | 00:30 | 00:30 |  |  | 02:00 |  |  |
| Total Hours |  | 12:14 | 11:48 | 11:40 | 10:03 |  |  | 45:45 | 45:45 |  |
| Departments |  |  |  |  |  |  |  |  |  |  |
| Mentone |  | 10:14 | 09:48 | 09:40 | 08:03 |  |  | 37:45 | 37:45 |  |
| Mentone travel |  | 02:00 | 02:00 | 02:00 | 02:00 |  |  | 08:00 | 08:00 |  |

***** You are missing hours for your travel time on Friday the 22nd *****

Employee Signature _John D. Ignatto_

Date _01 / 04 / 2018_

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002015



## Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

Meadre _____   _____

_____   _____

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☑ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_John D. Smith_ _____   _01/06/2018_ _____
Name                                           Date

Confidential and Produced Pursuant to
Protective Order

Alpine-Kelley-Opt-In Production
0002016



# 2018 W-2 and EARNINGS SUMMARY

**W-2**
Employee Reference Copy
Wage and Tax Statement
**2018**

Copy C for employee's records.

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2018 pay stub plus any adjustments submitted by your employer.**

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 18086.38 | Social Security Tax Withheld | 1121.36 | CO. State Income Tax | 800.54 |
| | | Box 4 of W-2 | | Box 17 of W-2 | |
| | | | | SUI/SDI/FLI | |
| | | | | Box 14 of W-2 | |
| Fed. Income Tax Withheld | 2538.13 | Medicare Tax Withheld | 262.25 | | |
| Box 2 of W-2 | | Box 6 of W-2 | | | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CO. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 18,086.38 | 18,086.38 | 18,086.38 | 18,086.38 |
| **Reported W-2 Wages** | **18,086.38** | **18,086.38** | **18,086.38** | **18,086.38** |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

JOHN SZATKO II
5548 FLANDERS WAY
DENVER, CO 80249

Social Security Number:
Taxable Marital Status: **SINGLE**
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

© 2018 ADP, LLC

---

**Employer info (upper W-2):**

d Control number 000387  RQ/HF9

c Employer's name, address, and ZIP code
ALPINE SITE SERVICES  INC
10875 DOVER ST
UNIT 1100
WESTMINSTER, CO 80021

Batch #98394

e/f Employee's name, address, and ZIP code
JOHN SZATKO II
5548 FLANDERS WAY
DENVER, CO 80249

b Employer's FED ID number 84-1464051
a Employee's SSA number

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 18086.38 |
| 2 | Federal income tax withheld | 2538.13 |
| 3 | Social security wages | 18086.38 |
| 4 | Social security tax withheld | 1121.36 |
| 5 | Medicare wages and tips | 18086.38 |
| 6 | Medicare tax withheld | 262.25 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Verification Code | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | |
| 14 | Other | 200.00 SUPBON |

15 State CO  Employer's state ID no. 00992146   16 State wages, tips, etc. 18086.38
17 State income tax 800.54   18 Local wages, tips, etc.
19 Local income tax   20 Locality name

---

## Bottom three W-2 copies

### Federal Filing Copy

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 18086.38 |
| 2 | Federal income tax withheld | 2538.13 |
| 3 | Social security wages | 18086.38 |
| 4 | Social security tax withheld | 1121.36 |
| 5 | Medicare wages and tips | 18086.38 |
| 6 | Medicare tax withheld | 262.25 |

d Control number 000387  RQ/HF9

c Employer's name, address, and ZIP code
ALPINE SITE SERVICES  INC
10875 DOVER ST
UNIT 1100
WESTMINSTER, CO 80021

b Employer's FED ID number 84-1464051
a Employee's SSA number

7 Social security tips   8 Allocated tips
9 Verification Code   10 Dependent care benefits
11 Nonqualified plans   12a See Instructions for box 12
14 Other  200.00 SUPBON   12b 12c 12d
13 Stat emp. Ret. plan 3rd party sick pay

e/f Employee's name, address and ZIP code
JOHN SZATKO II
5548 FLANDERS WAY
DENVER, CO 80249

15 State CO  Employer's state ID no. 00992146   16 State wages, tips, etc. 18086.38
17 State income tax 800.54   18 Local wages, tips, etc.
19 Local income tax   20 Locality name

**W-2** Federal Filing Copy Wage and Tax Statement **2018**
Copy B to be filed with employee's Federal Income Tax Return.

### CO. State Reference Copy

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 18086.38 |
| 2 | Federal income tax withheld | 2538.13 |
| 3 | Social security wages | 18086.38 |
| 4 | Social security tax withheld | 1121.36 |
| 5 | Medicare wages and tips | 18086.38 |
| 6 | Medicare tax withheld | 262.25 |

d Control number 000387  RQ/HF9

c Employer's name, address, and ZIP code
ALPINE SITE SERVICES  INC
10875 DOVER ST
UNIT 1100
WESTMINSTER, CO 80021

b Employer's FED ID number 84-1464051
a Employee's SSA number

7 Social security tips   8 Allocated tips
9 Verification Code   10 Dependent care benefits
11 Nonqualified plans   12a
14 Other  200.00 SUPBON   12b 12c 12d
13 Stat emp. Ret. plan 3rd party sick pay

e/f Employee's name, address and ZIP code
JOHN SZATKO II
5548 FLANDERS WAY
DENVER, CO 80249

15 State CO  Employer's state ID no. 00992146   16 State wages, tips, etc. 18086.38
17 State income tax 800.54   18 Local wages, tips, etc.
19 Local income tax   20 Locality name

**W-2** CO. State Reference Copy Wage and Tax Statement **2018**
Copy 2 to be filed with employee's State Income Tax Return.

### CO. State Filing Copy

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 18086.38 |
| 2 | Federal income tax withheld | 2538.13 |
| 3 | Social security wages | 18086.38 |
| 4 | Social security tax withheld | 1121.36 |
| 5 | Medicare wages and tips | 18086.38 |
| 6 | Medicare tax withheld | 262.25 |

d Control number 000387  RQ/HF9

c Employer's name, address, and ZIP code
ALPINE SITE SERVICES  INC
10875 DOVER ST
UNIT 1100
WESTMINSTER, CO 80021

b Employer's FED ID number 84-1464051
a Employee's SSA number

7 Social security tips   8 Allocated tips
9 Verification Code   10 Dependent care benefits
11 Nonqualified plans   12a
14 Other  200.00 SUPBON   12b 12c 12d
13 Stat emp. Ret. plan 3rd party sick pay

e/f Employee's name, address and ZIP code
JOHN SZATKO II
5548 FLANDERS WAY
DENVER, CO 80249

15 State CO  Employer's state ID no. 00992146   16 State wages, tips, etc. 18086.38
17 State income tax 800.54   18 Local wages, tips, etc.
19 Local income tax   20 Locality name

**W-2** CO. State Filing Copy Wage and Tax Statement **2018**
Copy 2 to be filed with employee's State Income Tax Return.

Confidential and Produced Pursuant to Protective Order



**Szatko II, John**  27

| | | Hire Date | 10/23/2017 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Raise | | | | | | | | | | |
| | | Last Increase | | | | | | | | | | |
| | | Term Date | | | | | | | | | | |
| | | | Starting Balance | Used | Available | | | | | | | |
| | | PTO | | | | | | | | | | |
| | | Paid Holidays | | | | | | | | | | |

Job Classification: Welder

| | Regular Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | 50.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | OT Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | 50.00 | | |
| | Fringe | | | | | | | | | | |

| Week Ending: 30-Dec-17 | Colorado Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Other State3 | PTO | Vacation | No Work Time Off | Absent Late | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/24 Sunday | | | | | | | | | | | | | |
| 12/25 Monday | | | | | | | | | | 1.00 | | | NWTO |
| 12/26 Tuesday | 9.58 | | | | | | | | | | | 06:55 AM 05:00 PM | Arrowhead |
| 12/27 Wednesday | 9.58 | | | | | | | | | | | 06:55 AM 05:00 PM | Arrowhead |
| 12/28 Thursday | 9.55 | | | | | | | | | | | 06:57 AM 05:00 PM | Arrowhead |
| 12/29 Friday | 8.72 | | | | | | | | | | | 07:04 AM 04:17 PM | Arrowhead |
| 12/30 Saturday | | | | | | | | | | | | | |
| **Total # Hours** | 37.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 0.00 | | |
| **Regular Hours** | 37.43 | | | | | | | | | | | | |
| **Over Time Hours** | | | | | | | | | | | | Total Hrs: | 37.43 |
| | | | | | | | | | | | | | |
| Sub-Total Regular $ | 636.31 | - | - | - | - | - | - | - | | | | 636.31 | Sub-Total Regular $ |
| Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | - | Sub-Total Fringe $ |
| Sub-Total Over Time $ | - | - | - | - | - | - | - | - | | | | - | Sub-Total Over Time $ |
| **Total Gross** | 636.31 | - | - | - | - | - | - | - | - | - | - | 638.31 | |

Per Diem Days

| **Total "Other" Dollars** | 636.31 Per Diem Dollars | 0.00 Supp Bonus Amount | 0.00 Total Gross Dollars | 636.31 | | TRUE |
|---|---|---|---|---|---|---|

| **Total Hours For Week:** | 37.43 | Regular Hours | 37.43 | OT Hours | 0.00 |
|---|---|---|---|---|---|

Alpine-Kelley-Opt-In Production 0002018



**Weekly Work Report**
**Work Week 12/24/17 To 12/30/17**
**Pay Date 1/5/18**

**Name:** Szatko II, John

**Department:** Arrowhead

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 24 | 25 | 26 | 27 | 28 | 29 | 30 | | | |
| Punches | | | 06:55 AM 05:00 PM | 06:55 AM 05:00 PM | 06:57 AM 05:00 PM | 07:04 AM 04:17 PM | | | | |
| Lunch Deductions | | | 00:30 | 00:30 | 00:30 | 00:30 | | 02:00 | | |
| Total Hours | | | 09:35 | 09:35 | 09:33 | 08:43 | | 37:26 | 37:26 | |
| Departments | | | | | | | | | | |
| Arrowhead | | | 09:35 | 09:35 | 09:33 | 08:43 | | 37:26 | 37:26 | |

Employee Signature _John D. Szatko_

Date _01 / 04 / 2018_

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002019



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

Denver CO

## This week, I performed the following duties (check all that apply):

☑ Load piles onto trailers in Denver or Edna for transport to jobsites

☑ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

John O. Smith
Name

01/04/2018
Date

Confidential and Produced Pursuant to
Protective Order

Alpine-Kelley-Opt-In Production
0002020



**Szatko II, John**    **27**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hire Date | 10/23/2017 | | | | | | | | | | | | | | |
| Raise | | | | | | | | | | | | | | | |
| Last Increase | | | | | | | | | | | | | | | |
| Term Date | | | | | | | | | | | | | | | |
| | Starting Balance | Used | Available | | | | | | | | | | | | |
| PTO | | | | | | | | | | | | | | | |
| Paid Holidays | | | | | | | | | | | | | | | |

Job Classification: Welder

| | Regular Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OT Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 | | | | | | |
| | Fringe | | | | | | | | | | | | | | |

| Week Ending:<br>6-Jan-18 | | State Worked<br>Colorado<br>Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Other State3 | PTO | Vacation | No Work Time Off | Absent | Late | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31 Sunday | | 14.50 | | | | | | | | | | | | 04:30 AM-07:30 PM | Arrowhead travel |
| 1/1 Monday | | | | | | | | | | | 1.00 | | | | NWTO |
| 1/2 Tuesday | | 8.00 | | | | | | | | | | | | 06:30 AM-03:00 PM | Arrowhead travel |
| 1/3 Wednesday | | 11.59 | | | | | | | | | | | | - & 05:15 AM-05:30 PM | Arrowhead travel |
| 1/4 Thursday | | 11.87 | | | | | | | | | | | | - & 05:36 AM 05:38 PM | Arrowhead travel |
| 1/5 Friday | | 10.61 | | | | | | | | | | | | - & 05:35 AM 05:21 PM | Arrowhead travel |
| 1/6 Saturday | | 9.21 | | | | | | | | | | | | | Arrowhead travel |
| Total # Hours | | 65.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | | |
| Regular Hours | | 40.00 | | | | | | | | | | | | | |
| Over Time Hours | | 25.78 | | | | | | | | | | | | Total Hrs: | 65.78 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sub-Total Regular $ | 880.00 | - | - | - | - | - | - | - | | | | | 880.00 | Sub-Total Regular $ |
| | Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | - | Sub-Total Fringe $ |
| | Sub-Total Over Time $ | 438.26 | - | - | - | - | - | - | - | | | | | 438.26 | Sub-Total Over Time $ |
| Total Gross | | 1,118.26 | - | - | - | - | - | - | - | - | - | - | | 1,118.26 | |

| | | | | | Per Diem Days | 6 | | |
|---|---|---|---|---|---|---|---|---|
| Total "Other" Dollars | 1118.26 Per Diem Dollars | 150.00 Supp Bonus Amount | 0.00 Total Gross Dollars | 1268.26 | | | | TRUE |

| Total Hours For Week: | 65.78 | Regular Hours | 40.00 | OT Hours | 25.78 |
|---|---|---|---|---|---|

Confidential and Produced Pursuant to Protective Order



**Weekly Work Report**
**Work Week 12/31/17 to 1/6/18**
**Pay Date 1/12/18**

**Name:** Szatko II, John

**Department:** Arrowhead

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 31 | 1 | 2 | 3 | 4 | 5 | 6 | | | |
| Punches | 04:30 AM 07:30 PM | | 06:30 AM 03:00 PM | 05:45 AM 05:30 PM | 05:36 AM 05:38 PM | 05:35 AM 04:21 PM | 05:35 AM 02:57 PM | | | |
| Lunch Deductions | 00:30 | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total Hours | 14:30 | | 08:00 | 11:35 | 11:52 | 10:36 | 09:12 | 65:45 | 65:45 | |
| Departments | | | | | | | | | | |
| Arrowhead | | | | 11:15 | 11:32 | 10:16 | 08:52 | 41:55 | 41:55 | |
| Arrowhead travel | 14:30 | | 08:00 | 00:20 | 00:20 | 00:20 | 00:20 | 23:50 | 23:50 | |

Employee Signature _John V. Szatko II_

Date _01/11/2018_

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002022



## Employee Work Report

This form is to be completed each Friday, relating to that week's work.

This week, I performed work relating to the following jobs:

_Mentone_ _____   _____

_____   _____

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☑ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_John P. Smith II_ _____   _04/11/2018_ _____
Name                                            Date

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002023



Alpine-Kelley-Opt-In Production 0002024



# Weekly Work Reports
## Work Week 01/07/18 To 01/13/18
## Pay Date 01/19/18

**Name:** Szatko II, John

**Department:** Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | | |
| Punches | | 05:37 AM 04:19 PM | 05:34 AM 04:32 PM | 05:53 AM 11:13 AM | 05:32 AM 04:21 PM | 06:03 AM 04:16 PM | 05:45 AM 02:46 PM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total Hours | | 12:12 | 12:28 | 11:50 | 12:19 | 11:43 | 10:31 | 71:03 | 71:03 | |
| Departments | | | | | | | | | | |
| Arrowhead | | | | | | 09:43 | | 09:43 | 09:43 | |
| Mentone | | 10:12 | 10:28 | 09:50 | 10:19 | | 08:31 | 49:20 | 49:20 | |
| Mentone travel | | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 12:00 | 12:00 | |

Employee Signature _John O. Szatko II_

Date _01/17/2018_

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002025

Scanned by CamScanner



## ALPINE
### Site Services Inc
#### ENGINEERED SCREWPILES

# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

### This week, I performed work relating to the following jobs:

_Mentone_

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☑ Assist driver in backing to hook up trailer

☑ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

Jeff O'Loughlin
**Name**

1·17·18
**Date**

Scanned by CamScanner

Confidential and Produced Pursuant to
Protective Order

Alpine-Kelley-Opt-In Production
0002026



Alpine-Kelley-Opt-In Production 0002027



# Weekly Work Report
## Work Week 1/14/18 To 1/20/18
## Pay Date 1/26/18

**Name:** Szatko II, John

**Department:** Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Punches | | 05:31 AM 04:42 PM | 05:50 AM 04:33 PM | 06:10 AM 04:45 PM | 05:50 AM 05:01 PM | 05:37 AM 04:32 PM | 05:26 AM 03:34 PM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total Hours | | 10:53 | 10:25 | 10:17 | 10:53 | 10:37 | 09:50 | 62:55 | 62:55 | |
| Departments | | | | | | | | | | |
| Mentone | | 10:41 | 10:13 | 10:05 | 10:41 | 10:25 | 09:38 | 61:43 | 61:43 | |
| Mentone travel | | 00:12 | 00:12 | 00:12 | 00:12 | 00:12 | 00:12 | 01:12 | 01:12 | |

2.0 2.0 2.0 2.0 2.0 2.0 12.0

NOTE:
Travel time to and from work is incorrect
I corrected it.

Employee Signature _John O. Szatko II_

Date _01/26/2018_

Scanned by CamScanner

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002028



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

Mentone

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☑ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☑ Reload and secure cutoffs from jobsites for return to Denver or Edna

☑ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

John D - Smith III
Name

01/26/2018
Date

Scanned by CamScanner

Confidential and Produced Pursuant to
Protective Order

Alpine-Kelley-Opt-In Production
0002029



**Szatko II, John**     **27**

| | | Hire Date | 10/23/2017 | | | | | | | | | | | | | | | |
| | | Raise | | | | | | | | | | | | | | | | |
| | | Last Increase | | | | | | | | | | | | | | | | |
| | | Term Date | | | | | | | | | | | | | | | | |
| | | | Starting Balance | Used | Available | | | | | | | | | | | | | |
| | | PTO | | | | | | | | | | | | | | | | |
| | | Paid Holidays | | | | | | | | | | | | | | | | |

Job Classification: Welder

| | | Regular Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 | | | | | | | |
| | | OT Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 | | | | | | | |
| | | Fringe | | | | | | | | | | | | | | | |

| Week Ending: | | State Worked Colorado | | | | | | | | | | | | | | | |
| 27-Jan-18 | | Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Other State3 | PTO | Vacation | No Work Time Off | Absent | Late | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/21 Sunday | | | | | | | | | | | | | | | |
| 1/22 Monday | | 10.30 | | | | | | | | | | | | 05:33 AM-04:21 PM | Mentone |
| 1/23 Tuesday | | 10.47 | | | | | | | | | | | | 05:24 AM-04:22 PM | Mentone |
| 1/24 Wednesday | | 10.60 | | | | | | | | | | | | 05:32 AM-04:38 PM | Mentone |
| 1/25 Thursday | | 10.83 | | | | | | | | | | | | 05:32 AM-04:52 PM | Mentone |
| 1/26 Friday | | 10.15 | | | | | | | | | | | | 05:47 AM-04:26 PM | Mentone |
| 1/27 Saturday | | 5.37 | | | | | | | | | | | | 05:28 AM-10:50 AM | Mentone |
| **Total # Hours** | | 57.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **Total Hrs:** | 57.72 |
| **Regular Hours** | | 40.00 | | | | | | | | | | | | | |
| **Over Time Hours** | | 17.72 | | | | | | | | | | | | | |
| | Sub-Total Regular $ | 680.00 | - | - | - | - | - | - | - | | | | | 680.00 | Sub-Total Regular $ |
| | Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | - | Sub-Total Fringe $ |
| | Sub-Total Over Time $ | 301.24 | - | - | - | - | - | - | - | | | | | 301.24 | Sub-Total Over Time $ |
| **Total Gross** | | 981.24 | - | - | - | - | - | - | - | | | | | 981.24 | |

| | | | | Per Diem Days | 7 | | |
| **Total "Other" Dollars** | 981.24 Per Diem Dollars | 210.00 Supp Bonus Amount | 0.00 Total Gross Dollars | 1191.24 | | TRUE |

| **Total Hours For Week:** | 57.72 | Regular Hours | 40.00 | OT Hours | 17.72 | | |

Alpine-Kelley-Opt-In Production 0002030



# Weekly Work Report
## Work Week 1/21/18 To 1/27/18
## Pay Date 2/2/18

**Name:** Szatko II, John

**Department:** Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | | | |
| Punches | | 05:33 AM 04:21 PM | 05:24 AM 04:22 PM | 05:32 AM 04:38 PM | 05:32 AM 04:52 PM | 05:47 AM 04:26 PM | 05:28 AM 10:50 AM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | | 02:30 | | |
| Total Hours | | 10:18 | 10:28 | 10:36 | 10:50 | 10:09 | 05:22 | 57:43 | 57:43 | |
| Departments | | | | | | | | | | |
| Mentone | | 10:18 | 10:28 | 10:36 | 10:50 | 10:09 | 05:22 | 57:43 | 57:43 | |

Drive time for the week is missing, it will be added to next week's hours"

**Employee Signature** _John D. Szatko II_

**Date** _02/01/2018_



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

_Mentone_ _____   _____

_____   _____

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☑ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____   _02/01/2018_____
Name                                            Date

**Scanned by CamScanner**

Confidential and Produced Pursuant to
Protective Order

Alpine-Kelley-Opt-In Production
0002032



**Szatko II, John**   27

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hire Date | 10/23/2017 | | | | | | | | | | | | | |
| | Raise | | | | | | | | | | | | | | |
| | Last Increase | | | | | | | | | | | | | | |
| | Term Date | | | | | | | | | | | | | | |
| | | Starting Balance | Used | Available | | | | | | | | | | | |
| | PTO | | | | | | | | | | | | | | |
| | Paid Holidays | | | | | | | | | | | | | | |

Job Classification: Welder

| | Regular Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 | | | | | | |
| | OT Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 | | | | | | |
| | Fringe | | | | | | | | | | | | | | |

| Week Ending:<br>3-Feb-18 | State Worked<br>Colorado<br>Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Other State3 | PTO | Vacation | No Work Time Off | Absent | Late | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28 Sunday | 22.80 | | | | | | | | | | | | & 05:41 AM-04:07 PM | Mentone travel |
| 1/29 Monday | 11.93 | | | | | | | | | | | | & 05:49 AM-04:37 PM | Mentone travel |
| 1/30 Tuesday | 12.30 | | | | | | | | | | | | & 05:31 AM-04:37 PM | Mentone travel |
| 1/31 Wednesday | 12.58 | | | | | | | | | | | | & 05:31 AM-04:36 PM | Mentone travel |
| 2/1 Thursday | 12.33 | | | | | | | | | | | | & 05:44 AM-04:34 PM | Mentone travel |
| 2/2 Friday | 11.03 | | | | | | | | | | | | & 05:42 AM-04:08 PM | Mentone travel |
| 2/3 Saturday | 10.08 | | | | | | | | | | | | | Mentone travel |
| **Total # Hours** | 93.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **Total Hrs:** | 93.97 |
| **Regular Hours** | 40.00 | | | | | | | | | | | | | |
| **Over Time Hours** | 53.97 | | | | | | | | | | | | | |

| | Sub-Total Regular $ | $680.00 | - | - | - | - | - | - | - | | | | | $680.00 Sub-Total Regular $ |
| | Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | - Sub-Total Fringe $ |
| | Sub-Total Over Time $ | 917.49 | - | - | - | - | - | - | - | | | | | 917.49 Sub-Total Over Time $ |
| **Total Gross** | | 1,597.49 | - | - | - | - | - | - | - | | | | | 1,597.49 |

| Total "Other" Dollars | 1597.49 Per Diem Dollars | 210.00 Supp Bonus Amount | 0.00 Total Gross Dollars | Per Diem Days | 7 | | | TRUE |
|---|---|---|---|---|---|---|---|---|
| | | | | | 1807.49 | | | |

| **Total Hours For Week:** | 93.97 | Regular Hours | 40.00 | OT Hours | 53.97 | |
|---|---|---|---|---|---|---|



**Weekly Work Reports**

**Work Week 1/28/18 To 2/3/18**

**Pay Date 2/9/18**

**Name:** Szatko II, John

**Department:** Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 28 | 29 | 30 | 31 | 1 | 2 | 3 | | | |
| Punches | | 05:41 AM 04:07 PM | 05:49 AM 04:37 PM | 05:31 AM 04:36 PM | 05:44 AM 04:34 PM | 05:42 AM 04:08 PM | 05:30 AM 02:05 PM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total Hours | 22:48 | 11:56 | 12:18 | 12:35 | 12:20 | 11:56 | 10:05 | 93:58 | 93:58 | |
| Departments | | | | | | | | | | |
| Mentone | | 09:56 | 10:18 | 10:35 | 10:20 | 09:56 | 08:05 | 59:10 | 59:10 | |
| Mentone travel | 22:48 | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 34:48 | 34:48 | |

Employee Signature _John D. Szatko II_

Date _02/09/2018_

Scanned by CamScanner

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002034



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

MENTONE

## This week, I performed the following duties (check all that apply):

☑ Load piles onto trailers in Denver or Edna for transport to jobsites

☑ Secure loads in Denver or Edna for transport to jobsites

☑ Assist driver in backing to hook up trailer

☑ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☑ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☑ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☑ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☑ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

Name _____

Date 2-9-18

Scanned by CamScanner

Confidential and Produced Pursuant to
Protective Order

Alpine-Kelley-Opt-In Production
0002035



**Szatko II, John**     **27**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hire Date | 10/23/2017 | | | | | | | | | | | | | | | |
| | Raise | | | | | | | | | | | | | | | | |
| | Last Increase | | | | | | | | | | | | | | | | |
| | Term Date | | | | | | | | | | | | | | | | |
| | | Starting Balance | Used | Available | | | | | | | | | | | | | |
| | PTO | | | | | | | | | | | | | | | | |
| | Paid Holidays | | | | | | | | | | | | | | | | |

Job Classification: Welder

| | | Regular Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OT Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 | | | | | | |
| | | Fringe | | | | | | | | | | | | | | |

| Week Ending: | | State Worked Colorado | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10-Feb-18 | Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Other State3 | PTO | Vacation | No Work Time Off | Absent | Late | Hours Worked | Worked Department |
| 2/4 Sunday | | | | | | | | | | | | | | | Absent |
| 2/5 Monday | | | | | | | | | | | | | 1.00 | | | |
| 2/6 Tuesday | | 12.07 | | | | | | | | | | | | - & 05:51 AM-04:25 PM | Mentone travel |
| 2/7 Wednesday | | 12.13 | | | | | | | | | | | | - & 05:46 AM-04:23 PM | Mentone travel |
| 2/8 Thursday | | 12.07 | | | | | | | | | | | | - & 05:47 AM-04:21 PM | Mentone travel |
| 2/9 Friday | | 12.63 | | | | | | | | | | | | - & 05:26 AM-04:22 PM | Mentone travel |
| 2/10 Saturday | | 10.40 | | | | | | | | | | | | | Mentone travel |
| **Total # Hours** | | 59.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | | |
| **Regular Hours** | | 40.00 | | | | | | | | | | | | **Total Hrs:** | 59.08 |
| **Over Time Hours** | | 19.08 | | | | | | | | | | | | | |
| | Sub-Total Regular $ | 880.00 | - | - | - | - | - | - | - | | | | | 880.00 | Sub-Total Regular $ |
| | Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | - | Sub-Total Fringe $ |
| | Sub-Total Over Time $ | 324.36 | - | - | - | - | - | - | - | | | | | 324.36 | Sub-Total Over Time $ |
| **Total Gross** | | 1,004.36 | - | - | - | - | - | - | - | - | - | - | - | 1,004.36 | |

| | | | | | Per Diem Days | 7 | | |
|---|---|---|---|---|---|---|---|---|
| **Total "Other" Dollars** | 1004.36 Per Diem Dollars | 210.00 Supp Bonus Amount | | 0.00 Total Gross Dollars | 1214.36 | | | TRUE |

| **Total Hours For Week:** | 59.08 | Regular Hours | 40.00 | OT Hours | 19.08 |
|---|---|---|---|---|---|

Confidential and Produced Pursuant to Protective Order



## Weekly Work Report
## Work Week 2/4/18 To 2/10/18
### Pay Date 2/16/18

Scanned by CamScanner

**Name:** Szatko II, John

**Department:** Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | |
| Punches | | | 05:51 AM 04:25 PM | 05:46 AM 04:23 PM | 05:47 AM 04:21 PM | 05:26 AM 04:22 PM | 05:17 AM 02:11 PM | | | |
| Lunch Deductions | | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 02:30 | | |
| Total Hours | | | 12:04 | 12:07 | 12:04 | 12:28 | 10:24 | 59:05 | 59:05 | |
| Departments | | | | | | | | | | |
| Mentone | | | 10:04 | 10:07 | 10:04 | 10:26 | 08:24 | 49:05 | 49:05 | |
| Mentone travel | | | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 10:00 | 10:00 | |

Employee Signature _John D. Szatko_

Date _02/13/2018_

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002037



**ALPINE**
SITE SERVICES INC
ENGINEERED SCREWPILES

# Employee Work Report
This form is to be completed each Friday, relating to that week's work.

### This week, I performed work relating to the following jobs:

_Mckpne_ _____   _____

_____   _____

## This week, I performed the following duties (check all that apply):
☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☑ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____   02/13/2018
Name                         Date

**Scanned by CamScanner**

Confidential and Produced Pursuant to
Protective Order

Alpine-Kelley-Opt-In Production
0002038



Alpine-Kelley-Opt-In Production 0002039



**Weekly Work Reports**
**Work Week 2/11/18 To 2/17/18**
**Pay Date 2/23/18**

Name:   Szatko II, John

Department:   Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | | | |
| Punches | | 05.16 AM 04.32 PM | 05:32 AM 04:30 PM | 05:34 AM 03:59 PM | 05.39 AM 04:34 PM | 05.29 AM 04.37 PM | 05.35 AM 01:37 PM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total Hours | | 12:46 | 12:28 | 11:55 | 12:25 | 12:38 | 09:32 | 71:44 | 71:44 | |
| Departments | | | | | | | | | | |
| Mentone | | 10:46 | 10:28 | 09:55 | 10:25 | 10:38 | 07:32 | 59:44 | 59:44 | |
| Mentone travel | | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 12:00 | 12:00 | |

Employee Signature _John Szatko II_

Date _07/20/2018_

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002040

Scanned by CamScanner



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

*Mentone*

_____

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☑ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☑ Check trucks for safety items, lights, tires, brakes, horns

☑ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

Name _____    Date 02/20/2018 _____

Scanned by CamScanner



| Szatko II, John | | **27** | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hire Date | | 10/23/2017 | | | | | | | | | | | | | | |
| | Raise | | | | | | | | | | | | | | | | |
| | Last Increase | | | | | | | | | | | | | | | | |
| | Term Date | | Starting Balance | Used | Available | | | | | | | | | | | | |
| | PTO | | | | | | | | | | | | | | | | |
| | Paid Holidays | | | | | | | | | | | | | | | | |
| | Job Classification: Welder | | | | | | | | | | | | | | | | |
| | Regular Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | 50.00 | | | | | | | | |
| | OT Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 | | | | | | | | |
| | Fringe | | | | | | | | | | | | | | | | |
| **Week Ending:** | | **State Worked** Colorado | | | | | | | | | | | | | | | |
| 24-Feb-18 | | Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Other State3 | PTO | Vacation | No Work Time Off | Absent | Late | Hours Worked | Worked Department |
| 2/18 Sunday | | | | | | | | | | | | | | | | |
| 2/19 Monday | | 12.42 | | | | | | | | | | | | 8 05:36 AM-06:31 PM | Mentone travel |
| 2/20 Tuesday | | 12.15 | | | | | | | | | | | | 8 05:40 AM-06:19 PM | Mentone travel |
| 2/21 Wednesday | | | | | | | | | | 1.00 | | | | | Vacation |
| 2/22 Thursday | | | | | | | | | | 1.00 | | | | | Vacation |
| 2/23 Friday | | | | | | | | | | 1.00 | | | | | Vacation |
| 2/24 Saturday | | | | | | | | | | | | | | | |
| **Total # Hours** | | 24.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | | |
| **Regular Hours** | | 24.57 | | | | | | | | 3 | | | | **Total Hrs:** | 24.57 |
| **Over Time Hours** | | | | | | | | | | | | | | | |
| | Sub-Total Regular $ | 417.69 | - | - | - | - | - | - | - | | | | | 417.69 Sub-Total Regular $ |
| | Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | - Sub-Total Fringe $ |
| | Sub-Total Over Time $ | - | - | - | - | - | - | - | - | | | | | - Sub-Total Over Time $ |
| **Total Gross** | | 417.69 | - | - | - | - | - | - | - | 3 | - | - | - | 417.69 |

| Total "Other" Dollars | 417.69 Per Diem Dollars | 90.00 Supp Bonus Amount | 0.00 Total Gross Dollars | Per Diem Days | 3 | 507.69 | TRUE |
|---|---|---|---|---|---|---|---|

| **Total Hours For Week:** | 24.57 | Regular Hours | 24.57 | OT Hours | 0.00 |
|---|---|---|---|---|---|

Confidential and Produced Pursuant to Protective Order



**Weekly Work Report**
**Work Week 2/18/18 To 2/24/18**
**Pay Date 3/2/18**

**Name:** Szatko II, John
**Department:** Mentone

| | Sun 18 | Mon 19 | Tue 20 | Wed 21 | Thu 22 | Fri 23 | Sat 24 | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| Punches | | 05:36 AM 04:31 PM | 05:40 AM 04:19 PM | | | | | | | |
| Lunch Deductions | | 00:30 | 00:30 | | | 01:00 | | | | |
| Total Hours | | 12:25 | 12:09 | | | | | 24:34 | 24:34 | |
| Departments | | | | | | | | | | |
| Mentone | | 10:25 | 10:09 | | | | | 20:34 | 20:34 | |
| Mentone travel | | 02:00 | 02:00 | | | | | 04:00 | 04:00 | |

Employee Signature _John D. Szatko II_

Date _07/06/2018_

Page 27 of 37

**Scanned by CamScanner**



# Employee Work Report
This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

_Meadow_

## This week, I performed the following duties (check all that apply):
- ☐ Load piles onto trailers in Denver or Edna for transport to jobsites
- ☐ Secure loads in Denver or Edna for transport to jobsites
- ☐ Assist driver in backing to hook up trailer
- ☑ Check trucks for safety items, lights, tires, brakes, horns
- ☐ Load and secure equipment, welding bottles and gasoline
- ☐ Load and secure items such as pier caps to be welded to pile in field
- ☐ Load and secure test equipment in Denver or Edna for transport to jobsites
- ☐ Reload and secure test equipment for return to Denver or Edna
- ☐ Reload and secure cutoffs from jobsites for return to Denver or Edna
- ☐ Reload and secure equipment from jobsites for return to Denver or Edna
- ☐ Chain truck tires during inclement weather
- ☐ Perform minor repairs on trucks (e.g., changing tires)
- ☐ Perform mechanical repairs on trucks and trailers, such as welding
- ☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment
- ☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

Name

Date   03/06/2018

Scanned by CamScanner



**Szatko II, John**  27

| Week Ending:<br>7-Apr-18 | State Worked<br>Colorado<br>Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Other State3 | PTO | Vacation | No Work Time Off | Absent | Late | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1 Sunday | 0.50 | | | | | | | | | | | | - | Mentone travel |
| 4/2 Monday | 12.28 | | | | | | | | | | | | - & 05:38 AM-04:25 PM | Mentone travel |
| 4/3 Tuesday | 11.37 | | | | | | | | | | | | - & 05:49 AM-03:53 PM | Mentone travel |
| 4/4 Wednesday | 12.60 | | | | | | | | | | | | - & 05:37 AM-04:43 PM | Mentone travel |
| 4/5 Thursday | 12.35 | | | | | | | | | | | | - & 05:52 AM-04:43 PM | Mentone travel |
| 4/6 Friday | 12.32 | | | | | | | | | | | | - & 05:42 AM-04:31 PM | Mentone travel |
| 4/7 Saturday | 7.05 | | | | | | | | | | | | - | Mentone travel |
| **Total # Hours** | **68.67** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | | |
| **Regular Hours** | 40.00 | | | | | | | | | | | | **Total Hrs:** | **68.67** |
| **Over Time Hours** | 28.67 | | | | | | | | | | | | | |
| Sub-Total Regular $ | 880.00 | - | - | - | - | - | - | - | | | | | 880.00 | Sub-Total Regular $ |
| Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | - | Sub-Total Fringe $ |
| Sub-Total Over Time $ | 487.39 | - | - | - | - | - | - | - | | | | | 487.39 | Sub-Total Over Time $ |
| **Total Gross** | 1,167.39 | - | - | - | - | - | | | | | | | 1,167.39 | |

Hire Date: 10/23/2017
Raise:
Last Increase:
Term Date:
PTO
Paid Holidays

Job Classification: Welder

| | Regular Wage | OT Wage | Fringe |
|---|---|---|---|
| | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 |
| | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 |

| Per Diem Days | 7 |
| Total "Other" Dollars | 1167.39 Per Diem Dollars | 210.00 Supp Bonus Amount | 0.00 Total Gross Dollars | 1377.39 | TRUE |

| **Total Hours For Week:** | **68.67** | Regular Hours | 40.00 | OT Hours | 28.67 |

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002045





**Weekly Work Report**
**Work Week 3/4/18 To 3/10/18**
**Pay Date 3/16/18**

Name:     Szatko II, John
Department:   Vacation

|  | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Time Paid | Time Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| Punches |  |  | 05:51 AM 04:19 PM | 05:35 AM 04:44 PM | 05:42 AM 04:58 PM | 05:33 AM 05:24 PM | 05:48 AM 01:26 PM |  |  |  |
| Lunch Deductions |  |  | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 02:30 |  |  |
| Total Hours |  |  | 09:58 | 10:39 | 10:46 | 11:21 | 07:10 | 49:54 | 49:54 |  |
| Departments |  |  |  |  |  |  |  |  |  |  |
| Mentone |  |  | 09:58 | 10:39 | 10:46 | 11:21 | 07:10 | 49:54 | 49:54 |  |

Employee Signature _John Szatko II_

Date _03/27/2018_

~~that 1 Monday I needto knows three 5 tops.~~

note: Saterday 5:48am to 3:00 pm

Page 38 of 38

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002047



## Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

*Westore* _____   _____

_____   _____

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_John Smith_ _____       _03/27/2018_ _____
Name                                    Date

Confidential and Produced Pursuant to Protective Order



**Time**Force **II**

**Weekly Work Report**
**Work Week 3/11/17 To 3/17/18**
**Pay Date 3/23/18**

Name:   Szabo II John
Department:   Holly

|  | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 |  |  |  |
| Total Hours | 10:00 |  |  |  |  |  |  | 10:00 | 10:00 |  |
| Departments |  |  |  |  |  |  |  |  |  |  |
| Mentone travel | 10:00 |  |  |  |  |  |  | 10:00 | 10:00 |  |

Employee Signature 

Date 07/24/2018

Page 26 of 38

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002050



## Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

TRAVEL: Mentone to Denver

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____
Name

03/29/2018
Date

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002051



**Szatko II, John** 27

| | | | |
|---|---|---|---|
| Hire Date | 10/23/2017 | | |
| Raise | | | |
| Last Increase | | | |
| Term Date | | | |
| | Starting Balance | Used | Available |
| PTO | | | |
| Paid Holidays | | | |

Job Classification: Welder

| | Regular Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 | | |
| OT Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 | | |
| Fringe | | | | | | | | | | |

| Week Ending: 24-Mar-18 | State Worked Colorado Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Other State3 | PTO | Vacation | No Work Time Off | Absent | Late | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/18 Sunday | 12.50 | | | | | | | | | | | | 04:00 AM-05:00 PM | Holly Travel Time |
| 3/19 Monday | 9.50 | | | | | | | | | | | | 05:58 AM-06:01 AM & 07:01 | Holly |
| 3/20 Tuesday | 9.58 | | | | | | | | | | | | 06:55 AM-05:00 PM | Holly |
| 3/21 Wednesday | 13.03 | | | | | | | | | | | | 06:39 AM-08:00 PM | Mentone travel |
| 3/22 Thursday | 11.42 | | | | | | | | | | | | -8 06:37 AM-04:57 PM | Mentone travel |
| 3/23 Friday | 17.33 | | | | | | | | | | | | -8 03:53 AM-04:43 PM | Mentone travel |
| 3/24 Saturday | 2.75 | | | | | | | | | | | | 09:00 AM-11:45 AM | Office |
| **Total # Hours** | **71.10** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| **Regular Hours** | 40.00 | | | | | | | | | | | | | |
| **Over Time Hours** | 31.10 | | | | | | | | | | | | **Total Hrs:** | **71.10** |

| | Sub-Total Regular $ | $680.00 | - | - | - | - | - | - | - | | | | $680.00 | Sub-Total Regular $ |
| Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | - | Sub-Total Fringe $ |
| Sub-Total Over Time $ | 528.70 | - | - | - | - | - | - | - | | | | 528.70 | Sub-Total Over Time $ |
| **Total Gross** | 1,208.70 | - | - | - | - | - | - | - | | | | 1,208.70 | |

| | | | Per Diem Days | 4 | | |
|---|---|---|---|---|---|---|
| Total "Other" Dollars | 1208.70 Per Diem Dollars | 120.00 Supp Bonus Amount | 0.00 Total Gross Dollars | 1328.70 | | TRUE |

| **Total Hours For Week:** | **71.10** | Regular Hours | 40.00 | OT Hours | 31.10 |

**Weekly Work Reports**
**Work Week 3/18/18 To 3/24/18**
**Pay Date 3/30/18**

Name:   Saskin K Jonn
Department:   Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Total | Total Contract |
|---|---|---|---|---|---|---|---|---|---|---|
| | 18 | 19 | 20 | 21 | 22 | 23 | 24 | | | |
| Punches | 04:00 AM 05:00 PM | 03:58 AM 06:01 AM 07:05 AM 05:03 PM | 08:45 AM 03:00 PM | 08:29 AM 08:00 PM | 06:57 AM 04:52 PM | 05:55 AM 04:43 PM | 06:00 AM 11:45 AM | | | |
| Lunch Deductions | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | | 03:00 | | |
| Total Hours | 12:00 | 09:30 | 09:30 | 13:01 | 11:25 | 12:20 | 02:49 | 71:06 | 71:06 | |
| Departments | | | | | | | | | | |
| Holly | | 09:35 | 09:35 | | | | | 19:05 | 19:00 | |
| Holly Travel Time | 12:00 | | | | | | | 12:30 | 12:30 | |
| Mentone | | | | | 09:25 | 10:20 | | 19:45 | 19:45 | |
| Mentone travel | | | 13:01 | 02:00 | 02:00 | | | 17:01 | 17:01 | |
| Office | | | | | | | 02:45 | 02:45 | 02:45 | |

Employee Signature 

Date 03/28/22K

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002053



## Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

_Wacono_ _____   _____

_____   _____

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____   03/__/20 __
Name                                          Date

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002054



Alpine-Kelley-Opt-In Production 0002055

# WEEKLY WORK REPORT
# WORK WEEK 03/25/2018 TO 03/31/2(
# PAY DATE 04/06/2018

**Name:** Szatko II, John

**Department:** Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | | |
| Punches | 11:00 AM 01:00 PM | 05:37 AM 04:50 PM | 05:44 AM 04:39 PM | 05:36 AM 04:40 PM | 05:49 AM 04:41 PM | 05:29 AM 04:37 PM | 05:36 AM 10:41 AM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total Hours | 02:00 | 12:43 | 12:25 | 12:34 | 12:22 | 12:38 | 06:35 | 71:17 | 71:17 | |
| Departments | | | | | | | | | | |
| Mentone | | 10:43 | 10:25 | 10:34 | 10:22 | 10:38 | 04:35 | 57:17 | 57:17 | |
| Mentone travel | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 14:00 | 14:00 | |

**EMPLOYEE SIGNATURE:** *John Szatko II*

**DATE:** 04/06/2018

oTE: No LuncH on Saterday.

Scanned with CamScanner

Confidential and Produced Pursuant to
Protective Order

Alpine-Kelley-Opt-In Production
0002056

*TRUCK D.V. 2015 Corr.*

## Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

Mertone _____   _____

_____   _____

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☑ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____
Name

04/06/2018
Date

**Scanned with CamScanner**

Confidential and Produced Pursuant to
Protective Order

Alpine-Kelley-Opt-In Production
0002057



| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Szatko II, John**   **27**

Hire Date: 10/23/2017
Raise
Last Increase
Term Date

Starting Balance   Used   Available

PTO
Paid Holidays:

Job Classification: Welder

| | Regular Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| | OT Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 |
| | Fringe | | | | | | | | |

| Week Ending: 7-Apr-18 | State Worked Colorado Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Other State3 | PTO | Vacation | No Work Time Off | Absent | Late | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1 Sunday | 0.50 | | | | | | | | | | | | - | Mentone travel |
| 4/2 Monday | 12.28 | | | | | | | | | | | | - 8 05:38 AM-04:25 PM | Mentone travel |
| 4/3 Tuesday | 11.37 | | | | | | | | | | | | - 8 05:49 AM-03:53 PM | Mentone travel |
| 4/4 Wednesday | 12.60 | | | | | | | | | | | | - 8 05:37 AM-04:43 PM | Mentone travel |
| 4/5 Thursday | 13.15 | | | | | | | | | | | | - 8 05:52 AM-04:44 PM | Mentone travel |
| 4/6 Friday | 12.32 | | | | | | | | | | | | - 8 05:42 AM-04:31 PM | Mentone travel |
| 4/7 Saturday | 7.05 | | | | | | | | | | | | - | Mentone travel |
| **Total # Hours** | **68.67** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | | |
| **Regular Hours** | **40.00** | | | | | | | | | | | | | |
| **Over Time Hours** | **28.67** | | | | | | | | | | | **Total Hrs:** | **68.67** |
| | Sub-Total Regular $ | 680.00 | - | - | - | - | - | - | - | | | | | 680.00 Sub-Total Regular $ |
| | Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | - Sub-Total Fringe $ |
| | Sub-Total Over Time $ | 487.39 | - | - | - | - | - | - | - | | | | | 487.39 Sub-Total Over Time $ |
| **Total Gross** | | 1,167.39 | - | - | - | - | - | - | - | - | | - | - | 1,167.39 |

Per Diem Days   **7**

| **Total "Direct" Dollars** | 1167.39 Per Diem Dollars | 210.00 Supp Bonus Amount | 0.00 Total Gross Dollars | 1377.39 | TRUE |
|---|---|---|---|---|---|

| **Total Hours For Week:** | 68.67 | Regular Hours | 40.00 | OT Hours | 28.67 |
|---|---|---|---|---|---|

Confidential and Produced Pursuant to Protective Order

**Weekly Work Report**
**Work Week 04/01/2018 to 04/07/2018**
**Pay Date 04/13/2018**

Name:   Szabo II John
Department:   Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Pd Ht | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | 3 | 4 | 5 | 6 | 7 | | | |
| Punches | | 05:38 AM 04:25 PM | 03:49 AM 03:53 PM | 05:17 AM 04:43 PM | 05:02 AM 04:43 PM | 04:42 AM 04:31 PM | 05:45 AM 11:19 AM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:00 | | | |
| Total Hours | | 12:17 | 11:54 | 12:36 | 12:21 | 12:19 | 07:53 | 68:70 | 68:70 | |
| Departments | | | | | | | | | | |
| Mentone | | 10:17 | 09:54 | 10:36 | 10:21 | 10:19 | 05:03 | 56:10 | 56:10 | |
| Mentone travel | | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 12:00 | 12:00 | |

Employee Name: _John Szabo II_

Date: _04/11/2018_



## Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

Westone

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☑ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____        _____
Name                                          Date

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002060



**Szatko II, John**        27

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hire Date: | | 10/23/2017 | | | | | | | | | | | | |
| Raise | | | | | | | | | | | | | | |
| Last Increase: | | | | | | | | | | | | | | |
| Term Date | | | | | | | | | | | | | | |
| | | Starting Balance | Used | Available | | | | | | | | | | |
| PTO | | | | | | | | | | | | | | |
| Paid Holidays | | | | | | | | | | | | | | |

Job Classification: Welder

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Regular Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 |
| OT Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 |
| Fringe | | | | | | | | |

| Week Ending: | State Worked Colorado | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14-Apr-18 | Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Other State3 | PTO | Vacation | No Work Time Off | Absent | Late | Hours Worked | Worked Department |
| 4/8 Sunday | 2.00 | | | | | | | | | | | | 01:30 PM-03:30 PM | Mentone travel |
| 4/9 Monday | 12.35 | | | | | | | | | | | | - & 05:40 AM-04:31 PM | Mentone travel |
| 4/10 Tuesday | 12.33 | | | | | | | | | | | | - & 05:42 AM-04:32 PM | Mentone travel |
| 4/11 Wednesday | 12.25 | | | | | | | | | | | | - & 05:44 AM-04:29 PM | Mentone travel |
| 4/12 Thursday | 12.17 | | | | | | | | | | | | - & 05:39 AM-04:10 PM | Mentone travel |
| 4/13 Friday | 7.08 | | | | | | | | | | | | - & 05:43 AM-11:18 AM | Mentone travel |
| 4/14 Saturday | 10.33 | | | | | | | | | | | | - | Mentone travel |
| **Total # Hours** | 68.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| **Regular Hours** | 40.00 | | | | | | | | | | | | | |
| **Over Time Hours** | 28.52 | | | | | | | | | | | | **Total Hrs:** | 68.52 |
| Sub-Total Regular $ | 880.00 | - | - | - | - | - | - | - | | | | | 880.00 | Sub-Total Regular $ |
| Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | - | Sub-Total Fringe $ |
| Sub-Total Over Time $ | 484.84 | - | - | - | - | - | - | - | | | | | 484.84 | Sub-Total Over Time $ |
| **Total Gross** | 1,164.84 | - | - | - | - | - | - | | | | | | 1,164.84 | |

| | | | | | Per Diem Days | 7 | | |
|---|---|---|---|---|---|---|---|---|
| Total "Other" Dollars | 1164.84 Per Diem Dollars | | 210.00 App Bonus Amount | | 0.00 Total Gross Dollars | 1374.84 | | TRUE |

| **Total Hours For Week:** | 68.52 | Regular Hours | 40.00 | OT Hours | 28.52 |
|---|---|---|---|---|---|

Confidential and Produced Pursuant to Protective Order

Weekly Work Report
Work Week 04/08/2018 to 04/14/2018
Pay Date 04/20/2018

Name:   Szabo E John
Department:   Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Plant | Total Logout |
|---|---|---|---|---|---|---|---|---|---|---|
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | | |
| Punches | 11:32 PM | 05:40 AM 04:33 PM | 05:42 AM 04:32 PM | 05:44 AM 04:28 PM | 05:36 AM 04:19 PM | 05:42 AM 11:18 AM | 05:32 AM 03:22 PM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total Hours | 00:00 | 12:31 | 12:26 | 12:15 | 12:10 | 07:05 | 10:35 | 68:31 | 68:31 | |
| Departments | | | | | | | | | | |
| Mentone | | 10:31 | 10:35 | 10:10 | 10:10 | 05:05 | 08:20 | 54:51 | 54:51 | |
| Mentone travel | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 14:00 | 14:00 | |

Employee Signature: _____

Date: 04/17/2018 _____

Confidential and Produced Pursuant to Protective Order



## Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

_____     _Memche_____

_____     _____

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☑ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_Cole Smith_____     _04/27/2018_____
Name                      Date

Confidential and Produced Pursuant to Protective Order



**Weekly Work Report**
**Work Week 04/15/2018 to 04/21/2018**
**Pay Date 04/27/2018**

Name:        Szabo II, John
Department:  Mentone

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 04 | 15 | 16 | 17 | 18 | 19 | 20 | | | |
| Punches | | 05:59 AM 04:49 PM | 05:39 AM 04:30 PM | 05:31 AM 04:36 PM | 05:21 AM 03:22 PM | 05:42 AM 02:31 PM | 05:29 AM 02:27 PM | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total Hours | | 12:00 | 12:21 | 12:35 | 11:30 | 10:19 | 10:28 | 69:51 | 69:57 | |
| Departments | | | | | | | | | |
| Mentone | | 10:39 | 10:23 | 10:35 | 09:30 | 08:19 | 08:28 | 57:57 | 57:57 | |
| Mentone travel | | 02:00 | 02:06 | 02:00 | 02:05 | 02:00 | 02:00 | 12:00 | 12:00 | |

Employee Signature: _John Szabo II_

Date: _04/23/2018_

Alpine-Kelley-Opt-In Production 0002065



**ALPINE**
SITE SERVICES INC.
ENGINEERED SCREWPILES

## Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

Victoria

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☒ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____   04/23/2018
Name                                      Date

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002066



**Szatko II, John**     **27**

| | Hire Date: | 10/23/2017 |
| Raise | |
| Last Increase: | |
| Term Date | |
| Starting Balance | Used | Available |
| PTO | |
| Paid Holidays | |

Job Classification: Welder

| | Regular Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 |
| OT Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 |
| Fringe | | | | | | | | |

| Week Ending: | State Worked Colorado | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28-Apr-18 | Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Other State3 | PTO | Vacation | No Work Time Off | Absent | Late | Hours Worked | Worked Department |
| 4/22 Sunday | - | | | | | | | | | | | | | |
| 4/23 Monday | 12.85 | | | | | | | | | | | | -& 05:21 AM-04:30 PM | Mentone travel |
| 4/24 Tuesday | 12.02 | | | | | | | | | | | | -& 05:33 AM-04:06 PM | Mentone travel |
| 4/25 Wednesday | 12.27 | | | | | | | | | | | | -& 05:33 AM-04:21 PM | Mentone travel |
| 4/26 Thursday | 12.60 | | | | | | | | | | | | -& 05:20 AM-04:14 PM | Mentone travel |
| 4/27 Friday | 11.92 | | | | | | | | | | | | -& 05:33 AM-04:00 PM | Mentone travel |
| 4/28 Saturday | 10.20 | | | | | | | | | | | | - | Mentone travel |
| **Total # Hours** | 71.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Regular Hours | 40.00 | | | | | | | | | | | | | |
| Over Time Hours | 31.45 | | | | | | | | | | | | **Total Hrs:** | 71.45 |
| | | | | | | | | | | | | | | |
| Sub-Total Regular $ | 680.00 | - | - | - | - | - | - | - | | | | | 680.00 | Sub-Total Regular $ |
| Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | - | Sub-Total Fringe $ |
| Sub-Total Over Time $ | 534.65 | - | - | - | - | - | - | - | | | | | 534.65 | Sub-Total Over Time $ |
| **Total Gross** | 1,214.65 | - | - | - | - | - | - | | | | | | 1,214.65 | |

| | | | Per Diem Days | 7 | |
|---|---|---|---|---|---|
| **Total "Other" Dollars** 1214.65 Per Diem Dollars | 210.00 Supp Bonus Amount | 0.00 Total Gross Dollars | 1424.65 | | **TRUE** |

| **Total Hours For Week:** | 71.45 | Regular Hours | 40.00 | OT Hours | 31.45 |

Confidential and Produced Pursuant to Protective Order

### Weekly Work Report
### Work Week 04/22/218 to 04/28/2018
### Pay Date 05/04/2018

**Name:** Scailea II, John
**Department:** Mentone



| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Leave |
|---|---|---|---|---|---|---|---|---|---|---|
| | | S | M | T | W | T | F | S | | | |
| Punches | | 05:21 AM 04:30 PM | 05:55 AM 04:56 PM | 05:35 AM 04:21 PM | 05:20 AM 04:14 PM | 05:30 AM 04:00 PM | 05:08 AM 02:08 PM | 03:00 | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total hours | | 12:39 | 12:01 | 12:16 | 12:24 | 11:55 | 10:13 | 71:27 | 71:27 | |
| Departments | | | | | | | | | | |
| Mentone | | 10:38 | 12:01 | 10:16 | 10:24 | 09:55 | 08:12 | 68:27 | 68:27 | |
| Mentone travel | | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 02:00 | 12:00 | 12:00 | |

**Employee Signature:**

**Date:** 04/30/2018

Alpine-Kelley-Opt-In Production 0002068



## Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

_____   _____

MESTRE COSK PLANT   _____

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☒ Perform minor repairs on trucks (e.g., changing tires)

☒ Perform mechanical repairs on trucks and trailers, such as welding

☒ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☒ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____   4-30-18

Name                      Date

Confidential and Produced Pursuant to Protective Order

Alpine-Kelley-Opt-In Production 0002069



（省略）



**Szatko II, John**   27

Hire Date:  10/23/2017
Raise
Last Increase:
Term Date

PTO
Paid Holidays

Job Classification: Welder

| | Regular Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 | | | | | | |
| OT Wage | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $17.00 | $0.00 | | | | | | |
| Fringe | | | | | | | | | | | | | | |

**Week Ending:** 5-May-18

| | State Worked Colorado Colorado | Texas | Ohio | Other State | Other State1 | Other State2 | Other State3 | PTO | Vacation | No Work Time Off | Absent | Late | Hours Worked | Worked Department |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/29 Sunday | - | | | | | | | | | | | | | |
| 4/30 Monday | 12.42 | | | | | | | | | | | | - & 05:23 AM-04:18 PM | Mentone travel |
| 5/1 Tuesday | 12.17 | | | | | | | | | | | | - & 05:29 AM-04:09 PM | Mentone travel |
| 5/2 Wednesday | 2.43 | | | | | | | | | | | | - & 05:34 AM-07:00 AM | Mentone travel |
| 5/3 Thursday | - | | | | | | | | | | | | | |
| 5/4 Friday | - | | | | | | | | | | | | | |
| 5/5 Saturday | - | | | | | | | | | | | | | |
| **Total # Hours** | 27.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| **Regular Hours** | 27.02 | | | | | | | | | | | | **Total Hrs:** | 27.02 |
| **Over Time Hours** | | | | | | | | | | | | | | |
| Sub-Total Regular $ | 459.34 | - | - | - | - | - | - | - | | | | | 459.34 | Sub-Total Regular $ |
| Sub-Total Fringe $ | - | - | - | - | - | - | - | - | | | | | - | Sub-Total Fringe $ |
| Sub-Total Over Time $ | - | - | - | - | - | - | - | - | | | | | - | Sub-Total Over Time $ |
| **Total Gross** | 459.34 | - | - | - | - | - | - | | | | | | 459.34 | |

Per Diem Days   4

| Total "Other" Dollars | 459.34 | Per Diem Dollars | 120.00 | Supp Bonus Amount | 0.00 | Total Gross Dollars | 579.34 | | | TRUE |

| **Total Hours For Week:** | 27.02 | Regular Hours | 27.02 | OT Hours | 0.00 |

Confidential and Produced Pursuant to Protective Order



**ALPINE**
SITE SERVICES INC
ENGINEERED SCREWPILES

## Overtime Policy for the laborer, welder, operator and driver positions:

The Federal law states that *not every job position is required to receive overtime*.
An excerpt from the Motor Carrier Exemption under the Fair Labor Standards Act
(FLSA), as it relates to our laborer, welder, operator and driver positions, is included
below as it pertains to our company and to each of you.

Exerpt from: Fact Sheet #19: The Motor Carrier Exemption under the Fair Labor Standards Act (FLSA)
Section 13(b)(1) of the FLSA provides an overtime exemption for employees who are within the authority of the
Secretary of Transportation to establish qualifications and maximum hours of service pursuant to Section 204 of the
Motor Carrier Act of 1935, except those employees covered by the small vehicle exception described below.
Thus, the 13(b)(1) overtime exemption applies to employees who are:
1. Employed by a motor carrier or motor private carrier, as defined in 49 U.S.C. Section 13102 (see **Employer**
below);
2. Drivers, driver's helpers, loaders, or mechanics whose duties affect the safety of operation of motor vehicles in
transportation on public highways in interstate or foreign commerce (see **Employee Duties** below); and
3. Not covered by the small vehicle exception (see **Small Vehicle Exception** below).

1. **Employer**
- Motor Carriers are persons providing motor vehicle transportation for compensation;
- Motor Private Carriers are persons other than motor carriers transporting property by motor vehicle if the person
  is the owner, lessee, or bailee of the property being transported, and the property is being transported for sale,
  lease, rent, or bailment, or to further a commercial enterprise.
2. **Employee Duties**
- The employee's duties must include the performance, either regularly or from time to time, of safety-affecting
  activities on a motor vehicle used in transportation on public highways in interstate or foreign commerce.
  Employees must perform such duties as a driver, driver's helper, loader, or mechanic. Employees performing such
  duties meet the duties requirement of the exemption *regardless of the proportion of "safety affecting activities"
  performed*, except where the continuing duties have no substantial direct effect on "safety of operation," or where
  such safety affecting activities are so trivial, casual, and insignificant as to be de minimis (so long as there is no
  change in the duties).
- Transportation involved in the employee's duties must be in interstate commerce (across State or international
  lines) or connect with an intrastate terminal (rail, air, water, or land) to continue an interstate journey of goods
  that have not come to rest at a final destination.
- Safety affecting employees who have not made an actual interstate trip may still meet the duties requirement of
  the exemption if:
  ---The employer is shown to have an involvement in interstate commerce; and
  ---The employee could, in the regular course of employment, reasonably have been expected to make an interstate
  journey or could have worked on the motor vehicle in such a way as to be safety-affecting. The Secretary of
  Transportation will assert jurisdiction over employees for a four-month period beginning with the date they could
  have been called upon to, or actually did, engage in the carrier's interstate activities. Thus, such employees would
  satisfy the duties requirement of the Section 13(b)(1) exemption for the same four-month period,
  notwithstanding references to the contrary in 29 C.F.R. § 782.2.

Definitions of a driver, driver's helper, loader, and mechanic as explained in Department of Labor
Regulations: Part 782 are as follows:

Initials _____

---

(303) 420-0048 • Fax (303) 431-4843 • **www.alpinesites.com**
10875 Dover Street • Unit #1100 • Westminster, CO 80021

DEFENDANTS'
EXHIBIT
83
4:19-CV-01152

Alpine-Kelley-Opt-In Production 0004349



*Driver:* is an individual who drives a motor vehicle in transportation which is, within the meaning of the Motor Carrier Act, in interstate or foreign commerce. This definition does not require that the individual be engaged in such work at all times.

*Driver's Helpers:* is an employee other than a driver, who is required to ride on a motor vehicle when it is being operated in interstate or foreign commerce within the meaning of the Motor Carrier Act.

*Loaders:* is an employee of a carrier subject to section 204 of the Motor Carrier Act (other than a driver or driver's helper, whose duties include among other things, the proper loading of his employer's motor vehicle so that they may be safely operated on the interstate.

*Mechanic:* is an employee whose duty it is to keep motor vehicles operating in interstate or foreign commerce by his employer in a good and safe working condition.

As defined above, the Fair Labor Standards Act does not exempt an employee of a carrier from the act's overtime provisions, unless it appears, that his activities as driver, driver's helper, loader, or mechanic directly affect the safety of operation of motor vehicles in transportation in interstate or foreign commerce within the means of the Motor Carrier Act.

**Job Duties by Job Title**

**Driver***
Driving 10,000lb+ GVW trucks carrying Alpine tools and equipment
Load trailers in Denver for transport to jobsites
Secure loads in Denver for transport to jobsites
Spot other loaders
Assist other driver(s) in backing to hook up trailer
Check out trucks for safety items, lights, tires, brakes, horns
Load and secure welding bottles and gasoline for welders
Securing items onto the truck such as pier caps to be welded to pile in field
Reload cutoffs from jobsites for backhaul
Secure loads from jobsites to Denver for backhaul
Loading and unloading load test equipment and materials from yard and jobsites
Assist in setting up load test
During travel at fuel stops and overnight stops recheck truck and trailer safety and load securement
Chain truck tires during inclement weather
Minor mechanical repairs – changing tires, etc.
Assist other drivers, as helper, if needed

**Operator***
Install Screwpiles
Acts as crew leader
Responsible for all pile installation
Cut and weld steel pile caps
Load trailers in Denver for transport to jobsites
Check out trucks for safety items, lights, tires, brakes, horns
Load and secure equipment, welding bottles and gasoline for welders
Securing items onto the truck such as pier caps to be welded to pile in field
Assist in setting up load test
During travel at fuel stops and overnight stops recheck truck and trailer safety and load securement
Chain truck tires during inclement weather
Minor mechanical repairs – changing tires, etc.
Driving 10,000lb+ GVW trucks carrying Alpine tools and equipment
Assist other drivers, as helper, if needed

---

Alpine-Kelley-Opt-In Production 0004350



**Laborer\***
Prep pipe for welders
Assist operator during installation by checking elevation
and angle of piles
Getting pile to operator for installation using skidsteer
Cutting piles off to elevation
Reload cutoffs from jobsites to Denver for backhaul
Secure loads from jobsite to Denver for backhaul
Unloading load test equipment and materials
Loading load test equipment and materials from yard and
jobsites
Assist in setting up load test
Assist driver in backing to hook up trailer
Check out trucks for safety items, lights, tires, brakes,
horns
During travel at fuel stops and overnight stops recheck
truck and trailer safety and load securement
Chain truck tires during inclement weather
Minor mechanical repairs – changing tires, etc.
Driving 10,000+ lb GVW trucks carrying Alpine tools and
equipment

Assist other drivers, as helper, if needed

**Welder\***
Cut and weld steel pile caps
Weld helixes to steel piles
Load trailers in Denver for transport to jobsites
Secure loads in Denver for transport to jobsites
Spot other loaders
Assist driver in backing to hook up trailer
Secure loads in Denver for transport to jobsites
Spot other loaders
Assist driver in backing to hook up trailer
Check out trucks for safety items, lights, tires, brakes,
horns
Chain truck tires during inclement weather
Minor mechanical repairs – changing tires, etc.
Driving 10,000+ lb GVW trucks carrying Alpine tools and
equipment
Assist other drivers, as helper, if needed

\*duties are subject to change on an as needed basis as determined by Alpine.

By signing below you acknowledge that you have read and received this copy describing your job duties at Alpine, along with the Motor Carrier Definitions of Exempt employees, as stated above, exempting the position that you are working in from being paid overtime. Any change in the above job duties, or in your position within our company will result in a reevaluation of this exemption to determine your eligibility for overtime.

Name: _____    Date: 6/17/15

(303) 420-0048 • Fax (303) 431-4843 • **www.alpinesites.com**
0875 Dover Street • Unit #1100 • Westminster, CO 80021

Alpine-Kelley-Opt-In Production 0004351

# Weekly Work Report
## 3/27/2016 to 4\2\2016
## Pay Date 4/8/16

**Name:** Trupp, Tyler

**Department:** Ramsey Inlet Stabilizer

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 27 | 28 | 29 | 30 | 31 | 1 | 2 | | | |
| Punches | 12:00 AM 12:30 AM | | 04:58 AM 06:02 PM | 04:35 AM 06:20 PM | 04:40 AM 06:11 PM | 04:47 AM 06:12 PM | 04:54 AM 01:05 PM | | | |
| Lunch Deductions | | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 02:30 | | |
| Total Hours | 00:30 | | 12:34 | 13:15 | 13:01 | 12:55 | 07:41 | 59:56 | 59:56 | |
| Departments | | | | | | | | | | |
| Ramsey Inlet Stabilizer | 00:30 | | 12:34 | 13:15 | 13:01 | 12:55 | | 52:15 | 52:15 | |
| Ram-X | | | | | | | 07:41 | 07:41 | 07:41 | |

**Name:** _Tyler S. Trupp_

**Date:** _4/8/16_

DEFENDANTS'
EXHIBIT
**84**
4:19-CV-01152

Alpine-Kelley-Opt-In Production 0004378



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

Ramsey Inlet    Ramsey Stingcatcher

Ramsey Backbone

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☒ Load and secure equipment, welding bottles and gasoline

☒ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☒ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____          4/8/11
Name                                         Date

Alpine-Kelley-Opt-In Production 0004379

# Weekly Work Report
## Week of 4/3/16 to 4/9/16
## Pay Date of 4/15/16

**Name:** Trupp, Tyler

**Department:** Ramsey Inlet Stabilizer

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | |
| Punches | | 04:43 AM 05:56 PM | 04:53 AM 06:22 PM | 04:50 AM 06:40 PM | 04:35 AM 05:57 PM | 04:43 AM 06:08 PM | 04:52 AM 12:34 PM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total Hours | | 12:43 | 12:59 | 13:20 | 12:52 | 12:55 | 07:12 | 72:01 | 72:01 | |
| Departments | | | | | | | | | | |
| Ramsey Inlet Stabilizer | | 12:43 | 12:59 | 13:20 | | 12:55 | 07:12 | 59:09 | 59:09 | |
| Ram-X | | | | | 12:52 | | | 12:52 | 12:52 | |

*ns lunch*

Name: _____

Date: 4/15/16

Alpine-Kelley-Opt-In Production 0004380



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

### This week, I performed work relating to the following jobs:

Ramsey Inlet _____

Ram-X _____

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☑ Load and secure equipment, welding bottles and gasoline

☑ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☑ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____     4/15/14
Name                         Date

Alpine-Kelley-Opt-In Production 0004381

# Weekly Work Report
## Week of 4/10/16 to 4/16/16
## Pay Date of 4/23/16

**Name:** Trupp, Tyler
**Department:** Ramsey Inlet Stabilizer

| | Sun 10 | Mon 11 | Tue 12 | Wed 13 | Thu 14 | Fri 15 | Sat 16 | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| Punches | 12:06 AM 12:30 AM | 04:47 AM 05:48 PM | 04:37 AM 06:22 PM | 04:51 AM 07:36 PM | 04:44 AM 06:02 PM | 04:50 AM 05:28 PM | | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | | 02:30 | | |
| Total Hours | 00:30 | 12:31 | 13:15 | 14:05 | 12:48 | 12:08 | | 65:17 | 65:17 | |
| Departments | | | | | | | | | | |
| Ramsey Inlet Stabilizer | 00:30 | 12:31 | 13:15 | 14:05 | 12:48 | 12:08 | | 65:17 | 65:17 | |

Name: _____

Date: 4/23/16 _____

Alpine-Kelley-Opt-In Production 0004382

# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

Ramsey Inlet _____

Ramsey _____

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☒ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☒ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☒ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

Tyler S. Trapp _____    4/28/16 _____
Name                                    Date

Alpine-Kelley-Opt-In Production 0004383

# Weekly Work Report
## Week of 4/17/2016 to 4/23/2016
## Pay Date of 4/29/16

**Name:** Trupp, Tyler

**Department:** Ramsey Inlet Stabilizer

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 17 | 18 | 19 | 20 | 21 | 22 | 23 | | | |
| Punches | | 04:41 AM 05:00 PM | 04:51 AM 05:43 PM | 04:48 AM 06:44 PM | 04:57 AM 05:51 PM | 04:39 AM 05:29 PM | 06:49 AM 08:14 AM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | | 02:30 | | |
| Total Hours | | 11:49 | 12:22 | 13:26 | 12:24 | 12:20 | 01:25 | 63:46 | 63:46 | |
| Departments | | | | | | | | | | |
| Ramsey Inlet Stabilizer | | | 12:22 | 13:26 | 12:24 | 12:20 | 01:25 | 51:57 | 51:57 | |
| Ram-X | | 11:49 | | | | | | 11:49 | 11:49 | |

Name: Tyler S. Trupp

Date: 4/29/16

Alpine-Kelley-Opt-In Production 0004384



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

#### This week, I performed work relating to the following jobs:

Rain-X

Ramsey Inlet

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☑ Load and secure equipment, welding bottles and gasoline

☑ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☑ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

Name _____    Date 4/29/16 _____

Weekly Work Report
Week of 4/24/16 to 4/30/16
Pay Date of 5/6/16

**Name:** Trupp, Tyler

**Department:** Ramsey Inlet Stabilizer

| | Sun 24 | Mon 25 | Tue 26 | Wed 27 | Thu 28 | Fri 29 | Sat 30 | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| Punches | | 04:37 AM 05:35 PM | 04:41 AM 04:44 PM | 04:42 AM 08:01 PM | 04:42 AM 05:59 PM | 04:45 AM 03:47 PM | | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | | 02:30 | | |
| Total Hours | | 12:28 | 11:33 | 12:49 | 12:47 | 10:32 | | 60:09 | 60:09 | |
| Departments | | | | | | | | | | |
| Ramsey Inlet Stabilizer | | 12:28 | 11:33 | 12:49 | | 10:32 | | 47:22 | 47:22 | |
| Ram-X | | | | | 12:47 | | | 12:47 | 12:47 | |

Name: _____

Date: 5/6/16 _____

Alpine-Kelley-Opt-In Production 0004386



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

### This week, I performed work relating to the following jobs:

Ramsey Inlet

Ram X

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☒ Load and secure equipment, welding bottles and gasoline

☒ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☒ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

Name _____   Date 5/6/16

Alpine-Kelley-Opt-In Production 0004387

# Weekly Work Report
## Week of  5/1-5/7/16
## Paydate of 5/13/16

**Name:** Trupp, Tyler

**Department:** Ramsey Inlet Stabilizer

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | |
| Punches | | 04:43 AM 06:00 PM | 04:43 AM 06:54 PM | 04:42 AM 06:28 PM | 04:43 AM 05:00 PM | 04:42 AM 12:44 PM | | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:00 | | 02:00 | | |
| Total Hours | | 12:47 | 13:41 | 13:16 | 11:42 | 08:02 | | 59:28 | 59:28 | |
| Departments | | | | | | | | | | |
| Ramsey Inlet Stabilizer | | 12:47 | 13:41 | 13:16 | 11:42 | 08:02 | | 59:28 | 59:28 | |

Name: 

Date: 

Alpine-Kelley-Opt-In Production 0004388



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

Ramsey
_____       _____

_____       _____

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☑ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☑ Reload and secure cutoffs from jobsites for return to Denver or Edna

☑ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____       _____
Name                                          Date

*Weekly Work Report*
*Week of 5/8/16 to 5/14/16*
*Pay Date of 5/20/16*

**Name:** Trupp, Tyler
**Department:** Ramsey Inlet Stabilizer

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | | |
| Punches | | 04:48 AM 06:16 PM | 04:48 AM 04:32 PM | 04:56 AM 05:58 PM | 04:50 AM 04:00 PM | 04:45 AM 05:26 PM | 02:55 AM 04:15 PM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total Hours | | 12:58 | 11:14 | 12:32 | 10:40 | 12:11 | 12:50 | 72:25 | 72:25 | |
| **Departments** | | | | | | | | | | |
| Ramsey Inlet Stabilizer | | 12:58 | 11:14 | 12:32 | 10:40 | 12:11 | 12:50 | 72:25 | 72:25 | |

Name: _____

Date: 5/20/16 _____



## Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

Ramsey Inlet

Ramsey

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☒ Load and secure equipment, welding bottles and gasoline

☒ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☒ Reload and secure cutoffs from jobsites for return to Denver or Edna

☒ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☒ Perform minor repairs on trucks (e.g., changing tires)

☒ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____      _____
Name                                                          Date    5/20/16

# Weekly Work Report
## Week of 5/15/16 to 5/21/16
## Pay Date of 5/27/16

**Name:** Trupp, Tyler

**Department:** Liberty plant

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 15 | 16 | 17 | 18 | 19 | 20 | 21 | | | |
| Punches | | 07:22 AM 10:20 PM | 08:00 AM 01:48 PM | 05:41 AM 06:12 PM | 05:26 AM 06:23 PM | 05:21 AM 06:29 PM | 05:32 AM 04:17 PM | | | |
| Lunch Deductions | | 00:30 | | 00:30 | 00:30 | 00:30 | 00:30 | 02:30 | | |
| Total Hours | | 14:28 | 05:48 | 12:01 | 12:27 | 12:38 | 10:15 | 67:37 | 67:37 | |
| Departments | | | | | | | | | | |
| Liberty plant | | | | 12:01 | 12:27 | 12:38 | 10:15 | 47:21 | 47:21 | |
| Liberty travel | | 14:28 | 05:48 | | | | | 20:16 | 20:16 | |

Name: _Tyler Trupp_____

Date: _6-8-16_____

Alpine-Kelley-Opt-In Production 0004392



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

| | |
|---|---|
| Liberty | |

**This week, I performed the following duties (check all that apply):**

☒ Load piles onto trailers in Denver or Edna for transport to jobsites

☒ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____
Name

6-8-16
_____
Date

Alpine-Kelley-Opt-In Production 0004393

# Weekly Work Report
# Week of 5/22/16 to 5/28/16
# Pay Date of 6/3/16

**Name:** Trupp, Tyler

**Department:** Liberty plant

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 22 | 23 | 24 | 25 | 26 | 27 | 28 | | | |
| Punches | | 05:24 AM 06:17 PM | 05:23 AM 06:16 PM | 05:19 AM 06:28 PM | 05:23 AM 05:15 PM | | | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | | | 02:00 | | |
| Total Hours | | 12:23 | 12:23 | 12:39 | 11:22 | | | 48:47 | 48:47 | |
| Departments | | | | | | | | | | |
| Liberty plant | | 12:23 | 12:23 | 12:39 | 11:22 | | | 48:47 | 48:47 | |

**Name:** _Tyler Trupp_

**Date:** 6-7-16

Alpine-Kelley-Opt-In Production 0004394



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

_____      _____

_____Liberty_____      _____

## This week, I performed the following duties (check all that apply):

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☒ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____      ___6-7-16_____
Name                                                        Date

Alpine-Kelley-Opt-In Production 0004395

Tyler was on vacation from 05.29.2016 to 06.04.2016 PD 06.10.2016 and had no paid hours

Alpine-Kelley-Opt-In Production 0004396

# Weekly Work Report
# Week of 6/5/16 to 6/11/16
# Pay Date of 6/17/2016

| Name: | Trupp, Tyler | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Department:** | Ramsey Inlet Stabilizer | | | | | | | | | |
| | **Sun** | **Mon** | **Tue** | **Wed** | **Thu** | **Fri** | **Sat** | **Total Hours** | **Total Paid** | **Total Unpaid** |
| | **5** | **6** | **7** | **8** | **9** | **10** | **11** | | | |
| Punches | | 07:21 AM 04:00 PM | 06:10 AM 02:29 PM | 06:03 AM 02:31 PM | 05:58 AM 05:15 PM | 05:15 AM 07:44 PM | 05:22 AM 03:21 PM | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:00 | | |
| Total Hours | | 08:09 | 07:49 | 07:58 | 10:47 | 13:59 | 09:29 | 58:11 | 58:11 | |
| Departments | | | | | | | | | | |
| Edna | | 08:09 | 07:49 | 07:58 | | | | 23:56 | 23:56 | |
| Ramsey Inlet Stabilizer | | | | | | 13:59 | 09:29 | 23:28 | 23:28 | |
| Ramsey Inlet travel | | | | | 10:47 | | | 10:47 | 10:47 | |

Name: _____

Date: _____6-23-16_____

Alpine-Kelley-Opt-In Production 0004397



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

<u>        Ram x        </u>   <u>              </u>

## This week, I performed the following duties (check all that apply):

☒ Load piles onto trailers in Denver or Edna for transport to jobsites

☒ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____        <u>  6-23-16  </u>
Name                                          Date

Alpine-Kelley-Opt-In Production 0004398

# Weekly Work Report
## Week of 6/12/16 to 6/18/16
## Pay Date of 6/24/16

**Name:** Trupp, Tyler

**Department:** Edna

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 13 | 14 | 15 | 16 | 17 | 18 | | | |
| Punches | | 05:18 AM 06:36 PM | 05:14 AM 05:00 PM | 06:01 AM 03:43 PM | 05:56 AM 02:22 PM | 06:05 AM 02:23 PM | | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | | 02:30 | | |
| Total Hours | | 12:48 | 11:16 | 09:12 | 07:56 | 07:48 | | 49:00 | 49:00 | |
| Departments | | | | | | | | | | |
| Edna | | | | 09:12 | 07:56 | 07:48 | | 24:56 | 24:56 | |
| Ramsey Inlet Stabilizer | | 12:48 | | | | | | 12:48 | 12:48 | |
| Ramsey Inlet travel | | | 11:16 | | | | | 11:16 | 11:16 | |

Name: _____

Date: _6-27-16_____

Alpine-Kelley-Opt-In Production 0004399



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

Edna

## This week, I performed the following duties (check all that apply):

☒ Load piles onto trailers in Denver or Edna for transport to jobsites

☒ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____           6-27-16
Name                                                          Date

Alpine-Kelley-Opt-In Production 0004400

| Week End | 6/25/16 |
|---|---|
| Company | Alp |

| Row Labels | Sum of Paid hours |
|---|---|
| Altamirano Pedroza, Nestor | 64.30 |
| Baca, Charisse | 40.28 |
| Cavanaugh, Julie | 40.38 |
| Davis, Jacob | 30.40 |
| Evans, Matthew  X | 60.60 |
| Evans, Roy  X | 68.53 |
| Hawkins, Jaime | 40.43 |
| Holliday, Carson  X | 55.90 |
| Horn, Martin | 41.08 |
| Isais, Kevin | 72.60 |
| Kelley, Beau | 39.70 |
| Kingston, Byron | 72.83 |
| McNary, Jennifer | 39.28 |
| Miller, Lanny  X | 72.25 |
| Morton, Linda | 51.93 |
| Orozco Mandujano, Alfredo | 64.38 |
| Schriner, Kelly  X | 68.20 |
| Snell, Matthew | 64.50 |
| Sumrall, Christopher | 50.12 |
| Tanaka, Anisa | 23.10 |
| Trupp, Tyler | 32.42 |
| Williams, Adrian | 46.53 |
| Zerr, James | 60.92 |
| Grand Total | 1200.68 |

# Weekly Work Report
# Week of 6/19-6/25/16
# Pay Date Of 7/1/16

**Name:** Trupp, Tyler

**Department:** Holly

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 19 | 20 | 21 | 22 | 23 | 24 | 25 | | | |
| Punches | | 06:01 AM 02:30 PM | 05:56 AM 02:18 PM | 05:56 AM 02:30 PM | 06:00 AM 03:00 PM | | | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | 00:30 | | | 02:00 | | |
| Total Hours | | 07:59 | 07:52 | 08:04 | 08:30 | | | 32:25 | 32:25 | |
| Departments | | | | | | | | | | |
| Edna | | 07:59 | 07:52 | 08:04 | 08:30 | | | 32:25 | 32:25 | |

Name:_____

Date:_____

Alpine-Kelley-Opt-In Production 0004402

| Week End | 7/2/16 |
|---|---|
| Company | Alp |

| Row Labels | Sum of Paid hours |
|---|---|
| Altamirano Pedroza, Nestor | 34.25 |
| Baca, Charisse | 40.33 |
| Cavanaugh, Julie | 40.78 |
| Davis, Jacob | 0.00 |
| Evans, Matthew  X | 49.48 |
| Evans, Roy  X | 53.68 |
| Hawkins, Jaime | 40.00 |
| Holliday, Carson  X | 47.08 |
| Horn, Martin | 22.58 |
| Isais, Kevin | 16.33 |
| Kelley, Beau | 26.65 |
| Kingston, Byron | 28.30 |
| Kulongowski, Kristy | 40.48 |
| McNary, Jennifer | 40.20 |
| Miller, Lanny  X | 43.82 |
| Morton, Linda | 40.63 |
| Orozco Mandujano, Alfredo | 73.23 |
| Schriner, Kelly  X | 52.42 |
| Snell, Matthew | 63.23 |
| Sumrall, Christopher | 53.33 |
| Tanaka, Anisa | 23.27 |
| Trupp, Tyler  on vaca, resigned | 21.10 |
| Williams, Adrian | 54.98 |
| Zerr, James | 40.63 |
| Grand Total | 946.81 |

Alpine-Kelley-Opt-In Production 0004403

# Weekly Work Report
## Week of 6/26/16 to 7/2/16
## Pay Date of 7/8/16

| **Name:** Trupp, Tyler | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Department:** Aspen View | | | | | | | | | | |
| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
| | 26 | 27 | 28 | 29 | 30 | 1 | 2 | | | |
| Punches | | | 07:31 AM 05:00 PM | 07:00 AM 03:27 PM | 07:10 AM 11:20 AM | | | | | |
| Lunch Deductions | | | 00:30 | 00:30 | | | | 01:00 | | |
| Total Hours | | | 08:59 | 07:57 | 04:10 | | | 21:06 | 21:06 | |
| Departments | | | | | | | | | | |
| Holly | | | | | 04:10 | | | 04:10 | 04:10 | |
| Shooting Shelter | | | 08:59 | 07:57 | | | | 16:56 | 16:56 | |

Name:_____

Date:_____

Alpine-Kelley-Opt-In Production 0004404



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

_____   _____

_____   _____

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____   _____

Name                                             Date

Alpine-Kelley-Opt-In Production 0004405

# Weekly Work Report
## Week of 7/3/16 to 7/9/16
## Pay Date of 7/15/16

**Name:** Trupp, Tyler

**Department:** Aspen View

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | |
| Punches | | | | 07:10 AM 03:32 PM | 06:10 AM 04:56 PM | 06:20 AM 03:30 PM | | | | |
| Lunch Deductions | | | | 00:30 | 00:30 | 00:30 | | 01:30 | | |
| Total Hours | | | | 07:52 | 10:16 | 08:40 | | 26:48 | 26:48 | |
| Departments | | | | | | | | | | |
| Aspen View | | | | | 10:16 | 08:40 | | 18:56 | 18:56 | |
| Holly | | | | 07:52 | | | | 07:52 | 07:52 | |

Name: _Tyler Trupp_____

Date: _7-12-16_____

Alpine-Kelley-Opt-In Production 0004406



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

Aspen View  _____

_____   _____

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☒ Reload and secure test equipment for return to Denver or Edna

☒ Reload and secure cutoffs from jobsites for return to Denver or Edna

☒ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☒ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____        7-12-16
Name                                                              Date

Alpine-Kelley-Opt-In Production 0004407

| Week End | 7/16/16 |
|----------|---------|
| Company | Alp |

| Row Labels | | Sum of Paid hours |
|------------|---|-------------------|
| Altamirano Pedroza, Nestor | | 40.00 |
| Baca, Charisse | | 40.20 |
| Cavanaugh, Julie | | 40.35 |
| Davis, Jacob | | 23.88 |
| Evans, Matthew | X | 43.17 |
| Evans, Roy | X | 65.37 |
| Hawkins, Jaime | | 40.07 |
| Holliday, Carson | X | 58.37 |
| Horn, Martin | | 30.80 |
| Isais, Kevin | | 31.57 |
| Kelley, Beau | | 43.25 |
| Kingston, Byron | Did not receive-released | 23.75 |
| McNary, Jennifer | | 39.68 |
| Miller, Lanny | X | 66.80 |
| Morton, Linda | | 27.92 |
| Orozco Mandujano, Alfredo | | 32.22 |
| Schriner, Kelly | X | 59.07 |
| Snell, Matthew | | 30.50 |
| Sumrall, Christopher | | 50.00 |
| Tanaka, Anisa | | 16.90 |
| Trupp, Tyler | Did not receive-quit | 31.65 |
| Williams, Adrian | | 41.87 |
| Zerr, James | | 75.63 |
| Grand Total | | 953.00 |

# Weekly Work Report
## Week of 7/10/16 to 7/16/16
## Pay Date of 7/22/16

**Name:** Trupp, Tyler
**Department:** Holly

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | | | |
| Punches | | 07:15 AM 03:30 PM | 06:55 AM 03:32 PM | | 06:57 AM 03:25 PM | 07:15 AM 03:34 PM | | | | |
| Lunch Deductions | | 00:30 | 00:30 | | 00:30 | 00:30 | | 02:00 | | |
| Total Hours | | 07:45 | 08:07 | | 07:58 | 07:49 | | 31:39 | 31:39 | |
| Departments | | | | | | | | | | |
| Holly | | 07:45 | 08:07 | | 07:58 | 07:49 | | 31:39 | 31:39 | |

Name:_____

Date:_____

Alpine-Kelley-Opt-In Production 0004409



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

_____    _____

_____    _____

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____    _____

Name                                        Date

| Week End | 7/23/16 |
|---|---|
| Company | Alp |

| Row Labels | Sum of Paid hours |
|---|---|
| Altamirano Pedroza, Nestor | 45.42 |
| Baca, Charisse | 40.93 |
| Cavanaugh, Julie | 40.72 |
| Davis, Jacob | 45.55 |
| Evans, Matthew    X | 57.72 |
| Evans, Roy    X | 62.37 |
| Hawkins, Jaime | 40.08 |
| Holliday, Carson    X | 70.95 |
| Horn, Martin | 41.87 |
| Isais, Kevin | 39.55 |
| Kelley, Beau | 40.92 |
| Kingston, Byron    Last day worked 7. 21.16 | 25.43 |
| McNary, Jennifer | 39.70 |
| Miller, Lanny    X | 50.43 |
| Morton, Linda | 45.72 |
| Orozco Mandujano, Alfredo | 24.20 |
| Schriner, Kelly    X | 58.80 |
| Snell, Matthew | 41.77 |
| Sumrall, Christopher | 52.78 |
| Tanaka, Anisa | 32.85 |
| Trupp, Tyler    Last day worked 7.29.16 | 48.77 |
| Williams, Adrian | 45.70 |
| Zerr, James | 66.98 |
| Grand Total | 1059.20 |

# Weekly Work Report
# Week of 7/17/16 to 7/23/16
# Pay Date of 7/29/16

| Name: | Trupp, Tyler | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Department: | Holly | | | | | | | | | |

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 17 | 18 | 19 | 20 | 21 | 22 | 23 | | | |
| Punches | | 07:02 AM 03:31 PM | 06:57 AM 03:31 PM | 07:30 AM 11:10 AM | 07:00 AM 03:30 PM | 07:00 AM 07:49 PM | 06:20 AM 03:34 PM | | | |
| Lunch Deductions | | 00:30 | 00:30 | | 00:30 | 00:30 | 00:30 | 02:30 | | |
| Total Hours | | 07:59 | 08:04 | 03:40 | 08:00 | 12:19 | 08:44 | 48:46 | 48:46 | |
| Departments | | | | | | | | | | |
| Aspen View | | | | | | 12:19 | 08:44 | 21:03 | 21:03 | |
| GE solar Carport Travel | | 07:59 | | | | | | 07:59 | 07:59 | |
| Holly | | | 08:04 | 03:40 | 08:00 | | | 19:44 | 19:44 | |

Name:_____

Date:_____

Alpine-Kelley-Opt-In Production 0004412



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

_____    _____

_____    _____

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____    _____

Name                                            Date

| Week End | 7/30/16 |
|----------|---------|
| Company  | Alp     |

| Row Labels | Sum of Paid hours |
|------------|-------------------|
| Altamirano Pedroza, Nestor | 58.00 |
| Baca, Charisse | 40.07 |
| Cavanaugh, Julie | 38.72 |
| Davis, Jacob  Quit without signing | 62.52 |
| Evans, Matthew  X | 57.20 |
| Evans, Roy  X | 44.17 |
| Hawkins, Jaime | 40.00 |
| Holliday, Carson  X | 64.27 |
| Horn, Martin | 75.08 |
| Isais, Kevin | 75.00 |
| Kelley, Beau | 51.42 |
| McNary, Jennifer | 40.03 |
| Miller, Lanny  X | 67.35 |
| Morton, Linda | 48.57 |
| Orozco Mandujano, Alfredo | 74.62 |
| Schriner, Kelly  X | 70.00 |
| Snell, Matthew | 58.00 |
| Sumrall, Christopher | 57.00 |
| Tanaka, Anisa | 35.08 |
| Trupp, Tyler  Quit without signing | 19.20 |
| Williams, Adrian | 64.45 |
| Zerr, James | 43.87 |
| **Grand Total** | **1184.60** |

# Weekly Work Report
# Week of 11/20/16 to 11/26/16
# Pay Date of 12/2/16

**Name:** Trupp, Tyler

**Department:** Arrowhead

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| | 20 | 21 | 22 | 23 | 24 | 25 | 26 | | | |
| Punches | | 07:00 AM 04:10 PM | 08:00 AM 04:44 PM | 07:03 AM 01:58 PM | | | | | | |
| Lunch Deductions | | 00:30 | 00:30 | 00:30 | | | | 01:30 | | |
| Total Hours | | 08:40 | 08:14 | 06:25 | | | | 23:19 | 23:19 | |
| Departments | | | | | | | | | | |
| Holly | | | | 06:25 | | | | 06:25 | 06:25 | |
| Office | | 08:40 | 08:14 | | | | | 16:54 | 16:54 | |

**Name:** _____

**Date:** 12-6-16 _____



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

_____ Arrowhead _____     _____

_____     _____

## This week, I performed the following duties (check all that apply):

☒ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☒ Check trucks for safety items, lights, tires, brakes, horns

☒ Load and secure equipment, welding bottles and gasoline

☒ Load and secure items such as pier caps to be welded to pile in field

☒ Load and secure test equipment in Denver or Edna for transport to jobsites

☒ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☒ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____     _____ 12/6/16 _____
Name                                              Date

# Weekly Work Report
# Week of 11/27/16 to 12/3/16
# Pay Date of 12/9/16

**Name:** Trupp, Tyler

**Department:** Arrowhead

| | Sun 27 | Mon 28 | Tue 29 | Wed 30 | Thu 1 | Fri 2 | Sat 3 | Total Hours | Total Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|---|
| Punches | 07:30 AM 08:30 PM | 05:14 AM 05:20 PM | 05:04 AM 05:30 PM | 04:49 AM 05:35 PM | 04:56 AM 05:41 PM | 05:17 AM 05:09 PM | 04:55 AM 06:08 PM | | | |
| Lunch Deductions | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 03:30 | | |
| Total Hours | 12:30 | 11:36 | 11:56 | 12:16 | 12:15 | 11:22 | 12:43 | 84:38 | 84:38 | |
| Departments | | | | | | | | | | |
| Arrowhead | | 11:36 | 11:56 | 12:16 | 12:15 | 11:22 | 12:43 | 72:08 | 72:08 | |
| Arrowhead travel | 12:30 | | | | | | | 12:30 | 12:30 | |

Name:_____

Date:_____12-6-16_____

Alpine-Kelley-Opt-In Production 0004417



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

_____Arrowhead_____   _____

_____   _____

## This week, I performed the following duties (check all that apply):

☒ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☒ Assist driver in backing to hook up trailer

☒ Check trucks for safety items, lights, tires, brakes, horns

☒ Load and secure equipment, welding bottles and gasoline

☒ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____          _____12-6-16_____
Name                                      Date

Alpine-Kelley-Opt-In Production 0004418

| Week End | 12/10/16 |
|----------|----------|
| Company | Alp |

| Row Labels | Sum of Paid hours |
|------------|-------------------|
| Altamirano Pedroza, Nestor | 72.72 |
| Arguimbau, Trinidad | 32.42 |
| Baca, Charisse | 24.38 |
| Brunswick, Joshua | 73.27 |
| Calzada Mendez, Osiel | 68.40 |
| Cavanaugh, Julie | 51.42 |
| Evans, Matthew   X | 74.92 |
| Evans, Roy | 67.12 |
| Ford, Steven | 84.33 |
| Hawkins, Jaime | 42.73 |
| Holliday, Carson   X | 42.53 |
| Horn, Martin | 75.47 |
| Hudson, Ronald | 20.53 |
| Isais, Kevin | 62.15 |
| Johnson, Gary | 57.22 |
| Juarez Barrera, Daniel | 68.30 |
| Kelley, Beau | 53.73 |
| Lopez Reyes, Ivan | 68.25 |
| Miller, Lanny   X | 38.55 |
| Morton, Linda | 48.15 |
| Munoz, Javier | 79.32 |
| O'Loughlin, Jeffrey | 88.78 |
| Orozco Mandujano, Alfredo | 62.28 |
| Ortiz, Eduardo | 72.60 |
| Reyes Nieto, Tomas | 68.58 |
| Schriner, Kelly   X | 64.62 |
| Snell, Matthew | 81.08 |
| Still, Dusty | 50.85 |
| Sumrall, Christopher | 78.77 |
| Tanaka, Anisa | 24.87 |
| Trupp, Tyler | 68.48 |
| Williams, Adrian | 57.58 |
| Grand Total | 1924.40 |

Alpine-Kelley-Opt-In Production 0004419



# Weekly Hours
## Week of 12/4/16 to 12/10/16
## Pay Date of 12/16/16

| Name: | Trupp, Tyler | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Department:** | Arrowhead | | | | | | | | | |
| | **Sun** | **Mon** | **Tue** | **Wed** | **Thu** | **Fri** | **Sat** | **Total Hours** | **Total Paid** | **Total Unpaid** |
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | |
| Punches | 05:34 AM 12:34 PM | 04:55 AM 05:30 PM | 05:30 AM 05:42 PM | 04:48 AM 06:05 PM | 04:23 AM 05:53 PM | 04:29 AM 05:24 PM | | | | |
| Lunch Deductions | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | 00:30 | | 03:00 | | |
| Total Hours | 06:30 | 12:05 | 11:42 | 12:47 | 13:00 | 12:25 | | 68:29 | 68:29 | |
| Departments | | | | | | | | | | |
| Arrowhead | 06:30 | 12:05 | 11:42 | 12:47 | 13:00 | 12:25 | | 68:29 | 68:29 | |

Name: <u>Employee Termianted                                        </u>

Date: <u>                                        </u>

Alpine-Kelley-Opt-In Production 0004420



# Employee Work Report

This form is to be completed each Friday, relating to that week's work.

**This week, I performed work relating to the following jobs:**

_____   _____

_____   _____

**This week, I performed the following duties (check all that apply):**

☐ Load piles onto trailers in Denver or Edna for transport to jobsites

☐ Secure loads in Denver or Edna for transport to jobsites

☐ Assist driver in backing to hook up trailer

☐ Check trucks for safety items, lights, tires, brakes, horns

☐ Load and secure equipment, welding bottles and gasoline

☐ Load and secure items such as pier caps to be welded to pile in field

☐ Load and secure test equipment in Denver or Edna for transport to jobsites

☐ Reload and secure test equipment for return to Denver or Edna

☐ Reload and secure cutoffs from jobsites for return to Denver or Edna

☐ Reload and secure equipment from jobsites for return to Denver or Edna

☐ Chain truck tires during inclement weather

☐ Perform minor repairs on trucks (e.g., changing tires)

☐ Perform mechanical repairs on trucks and trailers, such as welding

☐ Drive 10,000+ lb GVW trucks carrying Alpine tools and equipment

☐ Act as crew leader

I certify that my responses on this sheet are true and correct to the best of my knowledge.

_____   _____

Name                                                        Date

| Week End | 12/17/16 |
|----------|----------|
| Company | Alp |

| Row Labels | Sum of Paid hours |
|------------|-------------------|
| Altamirano Pedroza, Nestor | 64.58 |
| Arguimbau, Trinidad | 33.02 |
| Baca, Charisse | 25.08 |
| Brunswick, Joshua | 75.35 |
| Calzada Mendez, Osiel | 63.42 |
| Cavanaugh, Julie | 51.20 |
| Evans, Matthew   X | 66.88 |
| Evans, Roy | 50.33 |
| Ford, Steven | 58.83 |
| Hawkins, Jaime | 43.10 |
| Holliday, Carson   X | 63.85 |
| Horn, Martin | 72.13 |
| Isais, Kevin | 60.15 |
| Johnson, Gary | 58.85 |
| Juarez Barrera, Daniel | 63.17 |
| Kelley, Beau | 51.13 |
| Lopez Reyes, Ivan | 72.45 |
| Miller, Lanny   X | 65.57 |
| Morton, Linda | 47.75 |
| Munoz, Javier | 64.98 |
| O'Loughlin, Jeffrey | 73.92 |
| Orozco Mandujano, Alfredo | 60.28 |
| Ortiz, Eduardo | 70.30 |
| Reyes Nieto, Tomas | 63.37 |
| Schriner, Kelly   X | 56.22 |
| Snell, Matthew | 78.35 |
| Still, Dusty | 48.32 |
| Sumrall, Christopher | 63.05 |
| Tanaka, Anisa | 32.98 |
| Trupp, Tyler   terminated | 65.23 |
| Williams, Adrian | 65.80 |
| **Grand Total** | 1829.65 |