Case 4:19-cv-01152   Document 213   Filed on 02/07/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 07, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **BEAU KELLEY, Individually and On Behalf of All Others Similarly Situated,**  §§§§§ | |
| Plaintiff, § | **CIVIL ACTION NO. 4:19-CV-01152** |
| vs. §§§§§ | |
| **ALPINE SITE SERVICES, INC.,** | |
| Defendant. | |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order (Dkt. 212) entered in this case, **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT**, Alpine Site Services, Inc.

This matter is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

SIGNED at Houston, Texas on February 7, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE